DOUGLAS H. WIGDOR (NY SBN 2609469)
dwigdor@wigdorlaw.com
MEREDITH A. FIRETOG (NY SBN 5298153)
mfiretog@wigdorlaw.com
MONICA HINCKEN (NY SBN 5351804)
mhincken@wigdorlaw.com
(All admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel.: (212) 257-6800
Fax.: (212) 257-6845

ROBERT J. GIRARD II (BAR NO. 216949)
rgirard@girardbengali.com
OMAR H. BENGALI (BAR NO. 276055)
obengali@girardbengali.com
**GIRARD BENGALI, APC**
355 S. Grand Street, Suite 2450
Los Angeles, CA 90071
Tel.: (323) 302-8300
Fax.: (323) 302-8310

*Attorneys for Plaintiff Chanaaz Mangroe p/k/a Channii Monroe*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANAAZ MANGROE p/k/a Channii Monroe,<br><br>Plaintiff,<br><br>vs.<br><br>TERIUS GESTEELDE-DIAMANT p/k/a "THE-DREAM"; CONTRA PARIS, LLC; and EPIC RECORDS,<br><br>Defendants. | Case No. 2:24-CV-04639-SPG-PVC<br><br>**NOTICE OF PLAINTIFF'S MOTION TO AMEND THE CASE CAPTION TO CORRECT DEFENDANT EPIC RECORDS' NAME**<br><br>**Hearing:**<br><br>Date: August 28, 2024<br>Time: 1:30 p.m.<br>Location: Courtroom 5C<br>Judge: Hon. Sherilyn Peace Garnett |

NOTICE OF PLAINTIFF'S MOTION TO AMEND CAPTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 28, 2024, at 1:30 p.m., or as soon thereafter as counsel may be heard by the above-entitled court, located at 350 West 1st Street, Courtroom 5C, Los Angeles, CA 90012, Plaintiff Chanaaz Mangroe p/k/a Channii Monroe ("Plaintiff") will and hereby does move this Court for an order granting Plaintiff's Motion to Amend the Case Caption to Correct Defendant Epic Records' Name.

Plaintiff moves on the grounds that the proposed amendment merely corrects the name of a Defendant and asserts exactly the same claims that were set out in the original Complaint.  In addition, the correct Defendant, Sony Music Entertainment, had notice of the action such that it will not be prejudiced in defending on the merits.  Finally, Plaintiff's proposed caption amendment should not prejudice her right to make a subsequent amendment to the complaint "as a matter of course" under Fed. R. Civ. P. 15(a).

1

NOTICE OF PLAINTIFF'S MOTION TO AMEND CAPTION

Dated: July 15, 2024

Respectfully submitted,

**WIGDOR LLP**

By: /s/ Meredith Firetog
    Meredith A. Firetog
    Monica Hincken

85 Fifth Avenue, Fifth Floor
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mfiretog@wigdorlaw.com
mhincken@wigdorlaw.com

*Counsel for Plaintiff Chanaaz Mangroe p/k/a Channii Monroe*

2

NOTICE OF PLAINTIFF'S MOTION TO AMEND CAPTION