VENABLE LLP
Desirée F. Moore (admitted *Pro Hac Vice*)
  *dmoore@venable.com*
227 West Monroe Street, Suite 1900
Chicago, Illinois 60606
Telephone:  312.820.3400
Facsimile:  312.820.3401

VENABLE LLP
Joshua M. Rosenberg (SBN 274473)
  *jmrosenberg@venable.com*
Rachel C. Richards (SBN 329444)
  *rcrichards@venable.com*
Kaidyn P. McClure (SBN 352627)
  *kpmcclure@venable.com*
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:  310.229.9900
Facsimile:  310.229.9901

*Attorneys for Defendants Terius Gesteelde-Diamant
and Contra Paris, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANAAZ MANGROE,<br><br>             Plaintiff,<br><br>      v.<br><br>TERIUS GESTEELDE-DIAMANT p/k/a "THE-DREAM"; CONTRA PARIS, LLC; and SONY MUSIC ENTERTAINMENT<br><br>             Defendants. | Case No. 2:24-cv-04639-SPG-PVC<br><br>Hon. Sherilyn Peace Garnett<br>Courtroom 5C<br><br>**DEFENDANTS TERIUS GESTEELDE-DIAMANT P/K/A "THE-DREAM" AND CONTRA PARIS, LLC'S ANSWER TO PLAINTIFF CHANAAZ MANGROE'S FIRST AMENDED COMPLAINT**<br><br>Action Filed:  June 4, 2024<br>Trial Date:     None |

Defendants Terius Gesteelde-Diamant p/k/a "The-Dream" and Contra Paris, LLC (collectively "Defendants") hereby submit their Answer and Affirmative Defenses to Plaintiff Chanaaz Mangroe's ("Plaintiff") First Amended Complaint ("FAC") (Dkt. 32) as follows:

## PRELIMINARY STATEMENT

1.    Defendants admit that The-Dream is an award-winning singer, songwriter, and producer.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 of the FAC, and therefore deny the same.

2.    The contents of the *Billboard* Magazine article alleged in Paragraph 2 Footnote 1 speak for themselves, and to the extent that the allegations in Paragraph 2 regarding the alleged article are inconsistent with that alleged article, they are denied.  Defendants deny the remaining allegations in Paragraph 2 of the FAC.

3.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 of the FAC, and therefore deny the same.

4.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 of the FAC, and therefore deny the same.

5.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5 of the FAC, and therefore deny the same.

6.    Deny.

7.    The contents of the *New Yorker* Magazine article alleged in Paragraph 7 Footnote 2 speak for themselves, and to the extent that the allegations in Paragraph 7 regarding the alleged article are inconsistent with that alleged article, they are denied.  Defendants deny the remaining allegations in Paragraph 7 of the FAC.

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

8.    Deny.

9.    Deny.

10.    Deny.

11.    Deny.

12.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 of the FAC, and therefore deny the same.

13.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 of the FAC, and therefore deny the same.

## JURISDICTION AND VENUE

14.    The allegations contained in Paragraph 14 of the FAC are conclusions of law to which no response is required.

15.    The allegations contained in Paragraph 15 of the FAC are conclusions of law to which no response is required.

## THE PARTIES

16.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 of the FAC, and therefore deny the same.

17.    Admit.

18.    Defendants admit that Contra Paris, LLC is a limited liability company incorporated in Delaware and is owned and operated by The-Dream during the relevant time period.  Defendants deny the remaining allegations in Paragraph 18 of the FAC.

19.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 of the FAC, and therefore deny the same.

///

Case No. 2:24-cv-04639-SPG-PVC

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

# **FACTUAL ALLEGATIONS**

20.    Admit.

21.    Admit.

22.    Admit.

23.    Admit.

24.    Admit.

25.    Deny.

26.    The contents of the *Hypebeast* Magazine article alleged in Paragraph 26 Footnote 3 speak for themselves, and to the extent that the allegations in Paragraph 26 are inconsistent with that alleged article, they are denied.

27.    The alleged website speaks for itself, and to the extent that the allegations in Paragraph 27 are inconsistent with that alleged website, they are denied.  Defendants deny the remaining allegations in Paragraph 27 of the FAC.

28.    The contents of the articles alleged in Paragraph 28 Footnote 4 speak for themselves, and to the extent that the allegations in Paragraph 28 regarding the alleged articles are inconsistent with those alleged articles, they are denied. Defendants deny the remaining allegations in Paragraph 28 of the FAC.

29.    Deny.

30.    Admit.

31.    The contents of the *Essence* Magazine article alleged in Paragraph 31 Footnote 6 speak for themselves, and to the extent that the allegations in Paragraph 31 are inconsistent with that alleged article, they are denied.  Defendants deny the remaining allegations in Paragraph 31 of the FAC.

32.    The contents of the alleged *Essence* Magazine interview speak for themselves, and to the extent that the allegations in Paragraph 32 regarding the alleged article are inconsistent with the alleged article, they are denied. Defendants deny the remaining allegations in Paragraph 32 of the FAC.

///

33.     The contents of the *BET* article alleged in Paragraph 33 Footnote 7 speak for themselves, and to the extent that the allegations in Paragraph 33 regarding the alleged article are inconsistent with the alleged article, they are denied.  Defendants deny the remaining allegations in Paragraph 33 of the FAC.

34.     Deny.

35.     The contents of the alleged criminal complaint speak for themselves, and to the extent that the allegations in Paragraph 35 regarding the alleged criminal complaint are inconsistent with that alleged criminal complaint, they are denied.  The contents of the alleged TMZ publication speak for themselves, and to the extent that the allegations in Paragraph 35 regarding the alleged publication are inconsistent with that alleged publication, they are denied.  Defendants deny the remaining allegations in Paragraph 35 of the FAC.

36.     The contents of the alleged public announcement speak for themselves, and to the extent that the allegations in Paragraph 36 are inconsistent with that alleged public announcement, they are denied.  Defendants deny the remaining allegations in Paragraph 36 of the FAC.

37.     The contents of the *Rolling Stone* Magazine article alleged in Paragraph 37 Footnote 8 speak for themselves, and to the extent that the allegations in Paragraph 37 are inconsistent with the alleged article, they are denied.

38.     Deny.

39.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 of the FAC, and therefore deny the same.

40.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 of the FAC, and therefore deny the same.

///

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

41.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 of the FAC, and therefore deny the same.

42.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 of the FAC, and therefore deny the same.

43.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 of the FAC, and therefore deny the same.

44.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 44 of the FAC, and therefore deny the same.

45.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 of the FAC, and therefore deny the same.

46.    The contents of the *Billboard* Magazine article alleged in Paragraph 46 Footnote 9 speak for themselves, and to the extent that the allegations in Paragraph 46 regarding the alleged article are inconsistent with that alleged article, they are denied.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 46 of the FAC, and therefore deny the same.

47.    Defendants admit that The-Dream and/or Christopher Stewart produced and/or wrote songs for the identified singers, produced five studio albums, and received several Grammy Award nominations and multiple wins. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 47 of the FAC, and therefore deny the same.

///

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT

1    48.    Defendants are without knowledge or information sufficient to form a

2  belief as to the truth of the allegations in Paragraph 48 of the FAC, and therefore

3  deny the same.

4    49.    Defendants are without knowledge or information sufficient to form a

5  belief as to the truth of the allegations in Paragraph 49 of the FAC, and therefore

6  deny the same.

7    50.    Defendants are without knowledge or information sufficient to form a

8  belief as to the truth of the allegations in Paragraph 50 of the FAC, and therefore

9  deny the same.

10    51.    Defendants are without knowledge or information sufficient to form a

11  belief as to the truth of the allegations in Paragraph 51 of the FAC, and therefore

12  deny the same.

13    52.    Defendants are without knowledge or information sufficient to form a

14  belief as to the truth of the allegations in Paragraph 52 of the FAC, and therefore

15  deny the same.

16    53.    Defendants are without knowledge or information sufficient to form a

17  belief as to the truth of the allegations in Paragraph 53 of the FAC, and therefore

18  deny the same.

19    54.    Defendants are without knowledge or information sufficient to form a

20  belief as to the truth of the allegations in Paragraph 54 of the FAC, and therefore

21  deny the same.

22    55.    Defendants are without knowledge or information sufficient to form a

23  belief as to the truth of the allegations in Paragraph 55 of the FAC, and therefore

24  deny the same.

25    56.    Deny.

26    57.    Defendants are without knowledge or information sufficient to form a

27  belief as to the truth of the allegations in the first sentence of Paragraph 57 of the

28

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT

FAC, and therefore deny the same. Defendants deny the remaining allegations in Paragraph 57 of the FAC.

58.    Deny.

59.    Deny.

60.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 of the FAC, and therefore deny the same.

61.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 of the FAC, and therefore deny the same.

62.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62 of the FAC, and therefore deny the same.

63.    Deny.

64.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 of the FAC, and therefore deny the same.

65.    Deny.

66.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66 of the FAC, and therefore deny the same.

67.    Deny.

68.    Deny.

69.    Deny.

70.    Deny.

71.    The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 71 are inconsistent with that alleged

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

text message, they are denied.  Defendants deny the remaining allegations in Paragraph 71 of the FAC.

72.     Deny.

73.     The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 73 are inconsistent with those alleged text messages, they are denied.

74.     Deny.

75.     Deny.

76.     Deny.

77.     Deny.

78.     Deny.

79.     Deny.

80.     Deny.

81.     The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 81 regarding the alleged text messages are inconsistent with those alleged text messages, they are denied.  Defendants deny the remaining allegations in Paragraph 81 of the FAC.

82.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82 of the FAC, and therefore deny the same.

83.     The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 83 regarding the alleged text messages are inconsistent with those alleged text messages, they are denied.  Defendants deny the remaining allegations in Paragraph 83 of the FAC.

84.     Deny.

85.     The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 85 regarding the alleged text messages

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

1  are inconsistent with those alleged text messages, they are denied.  Defendants
2  deny the remaining allegations in Paragraph 85 of the FAC.

3      86.    Defendants are without knowledge or information sufficient to form a
4  belief as to the truth of the allegations in the first sentence of Paragraph 86 of the
5  FAC, and therefore deny the same.  Defendants deny the remaining allegations in
6  Paragraph 86 of the FAC.

7      87.    Defendants are without knowledge or information sufficient to form a
8  belief as to the truth of the allegations in Paragraph 87 of the FAC, and therefore
9  deny the same.

10      88.    The contents of the alleged text messages speak for themselves, and to
11  the extent that the allegations in Paragraph 88 regarding the alleged text messages
12  are inconsistent with those alleged text messages, they are denied.  Defendants are
13  without knowledge or information sufficient to form a belief as to the truth of the
14  remaining allegations in Paragraph 88 of the FAC, and therefore deny the same.

15      89.    Defendants are without knowledge or information sufficient to form a
16  belief as to the truth of the allegations in Paragraph 89 of the FAC, and therefore
17  deny the same.

18      90.    Deny.

19      91.    Deny.

20      92.    Deny.

21      93.    Deny.

22      94.    Deny.

23      95.    Deny.

24      96.    Deny.

25      97.    Deny.

26      98.    Deny.

27      99.    Deny.

28      100.   Deny.

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT

1    101.    Deny.

2    102.    Deny.

3    103.    The contents of the alleged text message speak for themselves, and to

4  the extent that the allegations in Paragraph 103 regarding the alleged text message

5  are inconsistent with that alleged text message, they are denied.  Defendants deny

6  the remaining allegations in Paragraph 103 of the FAC.

7    104.    The contents of the alleged text message speak for themselves, and to

8  the extent that the allegations in Paragraph 104 are inconsistent with that alleged

9  text message, they are denied.

10    105.    Deny.

11    106.    Deny.

12    107.    Deny.

13    108.    Deny.

14    109.    The contents of the alleged text message speak for themselves, and to

15  the extent that the allegations in Paragraph 109 are inconsistent with that alleged

16  text message, they are denied.

17    110.    The contents of the alleged text message speak for themselves, and to

18  the extent that the allegations in Paragraph 110 regarding the text message are

19  inconsistent with that alleged text message, they are denied.  Defendants deny the

20  remaining allegations in Paragraph 110 of the FAC.

21    111.    The contents of the alleged text messages speak for themselves, and to

22  the extent that the allegations in Paragraph 111 are inconsistent with those alleged

23  text messages, they are denied.

24    112.    Deny.

25    113.    The alleged Instagram post speaks for itself, and to the extent that the

26  allegations in Paragraph 113 are inconsistent with that alleged Instagram post, they

27  are denied.

28    114.    Deny.

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT

115.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first three sentences of Paragraph 115 of the FAC, and therefore deny the same.  Defendants deny the remaining allegations in Paragraph 115 of the FAC.

116.    Deny.

117.    The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 117 are inconsistent with that alleged text message, they are denied.

118.    The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 118 are inconsistent with that alleged text message, they are denied.

119.    The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 119 regarding the alleged text message are inconsistent with that alleged text message, they are denied.  The contents of the *Essence* Magazine article alleged in Paragraph 119 Footnote 10 speak for themselves, and to the extent that the allegations in Paragraph 119 regarding the alleged article are inconsistent with that alleged article, they are denied.

120.    Deny.

121.    The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 121 are inconsistent with those alleged text messages, they are denied.

122.    The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 122 are inconsistent with that alleged text message, they are denied.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 122 of the FAC, and therefore deny the same.

123.    Deny.

///

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT

124.   The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 124 are inconsistent with that alleged text message, they are denied.  Defendants deny the remaining allegations in Paragraph 124 of the FAC.

125.   The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 125 are inconsistent with that alleged text message, they are denied.

126.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 126 of the FAC, and therefore deny the same.  The police report alleged in Paragraph 126 Footnote 11 speak for themselves, and to the extent that the allegations in Paragraph 126 regarding the alleged police report are inconsistent with that alleged police report, they are denied.  Defendants deny the remaining allegations in Paragraph 126 of the FAC.

127.   Deny.

128.   Deny.

129.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129 of the FAC, and therefore deny the same.

130.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130 of the FAC, and therefore deny the same.

131.   Deny.

132.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132 of the FAC, and therefore deny the same.

133.   Deny.

///

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

134.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134 of the FAC, and therefore deny the same.

135.   Deny.

136.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 136 of the FAC, and therefore deny the same.  Defendants deny the remaining allegations in Paragraph 136 of the FAC.

137.   Deny.

138.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first two sentences of Paragraph 138 of the FAC, and therefore deny the same.  Defendants deny the remaining allegations in Paragraph 138 of the FAC.

139.   Deny.

140.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140 of the FAC, and therefore deny the same.

141.   Deny.

142.   Deny.

143.   Deny.

144.   Deny.

145.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 145 of the FAC, and therefore deny the same.

146.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146 of the FAC, and therefore deny the same.

///

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT

147.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 147 of the FAC, and therefore deny the same.

148.    Deny.

149.    The contents of the alleged email speak for themselves, and to the extent that the allegations in Paragraph 149 are inconsistent with that alleged email, they are denied.  Defendants deny the remaining allegations in Paragraph 149 of the FAC.

150.    Deny.

151.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 151 of the FAC, and therefore deny the same.

152.    Deny.

153.    Deny.

154.    The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 154 regarding the alleged text message are inconsistent with that alleged text message, they are denied.  Defendants deny the remaining allegations in Paragraph 154 of the FAC.

155.    The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 155 are inconsistent with that alleged text message, they are denied.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 155 of the FAC, and therefore deny the same.

156.    The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 156 are inconsistent with that alleged text message, they are denied.

157.    The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 157 regarding the alleged text message

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT

are inconsistent with that alleged text message, they are denied.  Defendants deny the remaining allegations in Paragraph 157 of the FAC.

158.   The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 158 regarding the alleged text messages are inconsistent with those alleged text messages, they are denied.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 158 of the FAC, and therefore deny the same.

159.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 159 of the FAC, and therefore deny the same.

160.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 160 of the FAC, and therefore deny the same.

161.   Deny.

162.   Deny.

163.   Deny.

164.   Deny.

165.   Deny.

166.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 166 of the FAC, and therefore deny the same.

167.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 167 of the FAC, and therefore deny the same.

168.   Defendants deny The-Dream's control and abuse.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 168 of the FAC, and therefore deny the same.

169.   Deny.

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT

170.   Deny.

171.   Deny.

172.   Deny.

173.   Deny.

174.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 174 of the FAC, and therefore deny the same.  Defendants deny the remaining allegations in Paragraph 174 of the FAC.

175.   The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 175 are inconsistent with those alleged text messages, they are denied.  Defendants deny the remaining allegations in Paragraph 175 of the FAC.

176.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 176 of the FAC, and therefore deny the same.

177.   Deny.

178.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 178 of the FAC, and therefore deny the same.

179.   Deny.

180.   The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 180 regarding the alleged text message are inconsistent with that alleged text message, they are denied.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 180 of the FAC, and therefore deny the same.

181.   The contents of the alleged contract speak for themselves, and to the extent that the allegations in Paragraph 181 are inconsistent with that alleged contract, they are denied.

182.   The contents of the alleged contract speak for themselves, and to the extent that the allegations in Paragraph 182 are inconsistent with that alleged contract, they are denied.

183.   The contents of the alleged contract speak for themselves, and to the extent that the allegations in Paragraph 183 are inconsistent with that alleged contract, they are denied.

184.   The contents of the alleged contract speak for themselves, and to the extent that the allegations in Paragraph 184 regarding the alleged contract are inconsistent with that alleged contract, they are denied.  The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 184 regarding the alleged text message are inconsistent with that alleged text message, they are denied.

185.   The contents of the alleged contract speak for themselves, and to the extent that the allegations in Paragraph 185 are inconsistent with that alleged contract, they are denied.  Defendants deny the remaining allegations in Paragraph 185 of the FAC.

186.   Deny.

187.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 187 of the FAC, and therefore deny the same.

188.   The contents of the alleged contract speak for themselves, and to the extent that the allegations in Paragraph 188 are inconsistent with that alleged contract, they are denied.  Defendants deny the remaining allegations in Paragraph 188 of the FAC.

189.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 189 of the FAC, and therefore deny the same.  The contents of the alleged text message speak

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT

for themselves, and to the extent that the allegations in Paragraph 189 are inconsistent with that alleged text message, they are denied.

190.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 190 of the FAC, and therefore deny the same.

191.   Deny.

192.   Deny.

193.   Deny.

194.   Deny.

195.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 195 of the FAC, and therefore deny the same.  The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 195 regarding the alleged text messages are inconsistent with those alleged text messages, they are denied.  Defendants deny the remaining allegations in Paragraph 195 of the FAC.

196.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 196 of the FAC, and therefore deny the same.

197.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 197 of the FAC, and therefore deny the same.

198.   Deny.

199.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 199 of the FAC, and therefore deny the same.

///

///

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT

200.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 200 of the FAC, and therefore deny the same.

201.   Deny.

202.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 202 of the FAC, and therefore deny the same.

203.   The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 203 regarding the alleged text message are inconsistent with that alleged text message, they are denied.

204.   The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 204 regarding the alleged text messages are inconsistent with those alleged text messages, they are denied.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 204 of the FAC, and therefore deny the same.

205.   Deny.

206.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first two sentences of Paragraph 206 of the FAC, and therefore deny the same.  Defendants deny the remaining allegations in Paragraph 206 of the FAC.

207.   The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 207 are inconsistent with those alleged text messages, they are denied.

208.   The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 208 are inconsistent with those alleged text messages, they are denied.

209.   Deny.

210.   Deny.

211. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 211 of the FAC, and therefore deny the same.

212. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 212 of the FAC, and therefore deny the same.

213. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 213 of the FAC, and therefore deny the same.

214. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 214 of the FAC, and therefore deny the same.

215. Deny.

216. Deny.

217. Deny.

218. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 218 of the FAC, and therefore deny the same.

219. Deny.

220. Deny.

221. Deny.

222. Deny.

223. Deny.

224. Deny.

225. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 225 of the FAC, and therefore deny the same.

226. Deny.

-21-

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

227.   Deny.

228.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 228 of the FAC, and therefore deny the same.

229.   Deny.

230.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 230 of the FAC, and therefore deny the same.

231.   Deny.

232.   Deny.

233.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the second sentence of Paragraph 233 of the FAC, and therefore deny the same. Defendants deny the remaining allegations in Paragraph 233 of the FAC.

234.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 234 of the FAC, and therefore deny the same. Defendants deny the remaining allegations in Paragraph 234 of the FAC.

235.   Deny.

236.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the second and third sentences of Paragraph 236 of the FAC, and therefore deny the same.  Defendants deny the remaining allegations in Paragraph 236 of the FAC.

237.   The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 237 regarding the alleged text messages are inconsistent with those alleged text messages, they are denied.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 237 of the FAC, and therefore deny the same.

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

238.    The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 238 are inconsistent with those alleged text messages, they are denied.

239.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 239 of the FAC, and therefore deny the same.

240.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 240 of the FAC, and therefore deny the same.  Defendants deny the remaining allegations in Paragraph 240 of the FAC.

241.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first and second sentences of Paragraph 241 of the FAC, and therefore deny the same.  Defendants deny the remaining allegations in Paragraph 241 of the FAC.

242.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 242 of the FAC, and therefore deny the same.

243.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 243 of the FAC, and therefore deny the same.  Defendants deny the remaining allegations in Paragraph 243 of the FAC.

244.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 244 of the FAC, and therefore deny the same.

245.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 245 of the FAC, and therefore deny the same.

///

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

246.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 246 of the FAC, and therefore deny the same.

247.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 247 of the FAC, and therefore deny the same.

248.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 248 of the FAC, and therefore deny the same.

249.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first and third sentences of Paragraph 249 of the FAC, and therefore deny the same.  Defendants deny the remaining allegations in Paragraph 249 of the FAC.

250.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 250 of the FAC, and therefore deny the same.

251.   The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 251 are inconsistent with that alleged text message, they are denied.

252.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 252 of the FAC, and therefore deny the same.

253.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 253 of the FAC, and therefore deny the same.

254.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 254 of the FAC, and therefore deny the same.

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT

255.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 255 of the FAC, and therefore deny the same.

256.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 256 of the FAC, and therefore deny the same.

257.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 257 of the FAC, and therefore deny the same.

258.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 258 of the FAC, and therefore deny the same.

259.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 259 of the FAC, and therefore deny the same.

260.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 260 of the FAC, and therefore deny the same.

261.   Deny.

262.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 262 of the FAC, and therefore deny the same.

263.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 263 of the FAC, and therefore deny the same.

264.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 264 of the FAC, and therefore deny the same.

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

265.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 265 of the FAC, and therefore deny the same.

266.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 266 of the FAC, and therefore deny the same.

267.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 267 of the FAC, and therefore deny the same.

268.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 268 of the FAC, and therefore deny the same.

269.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 269 of the FAC, and therefore deny the same.

270.    Deny.

271.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 271 of the FAC, and therefore deny the same.

272.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 272 of the FAC, and therefore deny the same.

273.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 273 of the FAC, and therefore deny the same.

274.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 274 of the FAC, and therefore deny the same.

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

275.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 275 of the FAC, and therefore deny the same.

276.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 276 of the FAC, and therefore deny the same.

277.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 277 of the FAC, and therefore deny the same.

278.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 278 of the FAC, and therefore deny the same.

279.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 279 of the FAC, and therefore deny the same.

280.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 280 of the FAC, and therefore deny the same.

281.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 281 of the FAC, and therefore deny the same.

282.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 282 of the FAC, and therefore deny the same.

283.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 283 of the FAC, and therefore deny the same.

///

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT

284.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 284 of the FAC, and therefore deny the same.

285.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 285 of the FAC, and therefore deny the same.

286.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 286 of the FAC, and therefore deny the same.

287.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 287 of the FAC, and therefore deny the same.

288.   Defendants deny the fourth sentence of Paragraph 288 of the FAC. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 288 of the FAC, and therefore deny the same.

289.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 289 of the FAC, and therefore deny the same.

290.   Deny.

291.   Deny.

292.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 292 of the FAC, and therefore deny the same.

293.   Deny.

294.   Deny.

295.   Deny.

///

-28-

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT

296.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 296 of the FAC, and therefore deny the same.

297.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 297 of the FAC, and therefore deny the same.

298.   Deny.

299.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 299 of the FAC, and therefore deny the same.  Defendants deny the remaining allegations in Paragraph 299 of the FAC.

300.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first and third sentences of Paragraph 300 of the FAC, and therefore deny the same.  Defendants deny the remaining allegations in Paragraph 300 of the FAC.

## **FIRST CLAIM FOR RELIEF**

### **(Sex Trafficking Under 18 U.S.C. § 1595)**

301.   Defendants repeat their responses and denials to the preceding and foregoing paragraphs as if fully set forth herein.

302.   Paragraph 302 of the FAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 302 of the FAC.

303.   Paragraph 303 of the FAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 303 of the FAC.

304.   Paragraph 304 of the FAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 304 of the FAC.

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT

305.   Paragraph 305 of the FAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 305 of the FAC.

306.   Paragraph 306 of the FAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 306 of the FAC.

307.   Paragraph 307 of the FAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 307 of the FAC.

308.   Paragraph 308 of the FAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 308 of the FAC.

309.   Paragraph 309 of the FAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 309 of the FAC.

310.   Paragraph 310 of the FAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 310 of the FAC.

311.   Paragraph 311 of the FAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 311 of the FAC.

312.   Paragraph 312 of the FAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 312 of the FAC.

313.   Paragraph 313 of the FAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 313 of the FAC.

///

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

## SECOND CLAIM FOR RELIEF

### (Civil Sexual Assault)

314.   Defendants repeat their responses and denials to the preceding and foregoing paragraphs as if fully set forth herein.

315.   Paragraph 315 of the FAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 315 of the FAC.

316.   Paragraph 316 of the FAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 316 of the FAC.

317.   Paragraph 317 of the FAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 317 of the FAC.

318.   Paragraph 318 of the FAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 318 of the FAC.

319.   Paragraph 319 of the FAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 319 of the FAC.

## PRAYER FOR RELIEF

The prayer for relief does not require a response.  To the extent a response is required, Defendants deny that Plaintiff is entitled to any relief whatsoever from Defendants or this Court, either as requested in the FAC or otherwise.

## AFFIRMATIVE DEFENSES

Defendants assert the following affirmative defenses without conceding that they bear the burden of proof as to any of the defenses pled. Defendants reserve the right to amend or supplement these defenses and to take further positions as discovery proceeds in this case.

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT

## FIRST AFFIRMATIVE DEFENSE

### (Failure To State A Claim)

The FAC and each claim for relief alleged therein are barred, in whole or in part, because they fail to state any claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Laches)

The FAC and each claim for relief alleged therein are barred, in whole or in part, by the doctrine of laches.

## THIRD AFFIRMATIVE DEFENSE

### (Waiver, Estoppel, Acquiescence, Consent)

The FAC and each claim for relief alleged therein are barred, in whole or in part, by the doctrines of waiver, estoppel, acquiescence, and/or consent.

## FOURTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

The FAC and each claim for relief alleged therein are barred, in whole or in part, by the doctrine of unclean hands.

## FIFTH AFFIRMATIVE DEFENSE

### (No Damages)

The FAC and each claim for relief alleged therein are barred, in whole or in part, because there have been no damages in any amount, manner, or at all by reason of any act alleged against Defendants in the FAC.

## SIXTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

If Plaintiff has suffered any damages or injury in fact, which Defendants expressly deny, Defendants allege that Plaintiff's recovery is barred by her failure to mitigate, reduce, or otherwise avoid damages or injuries.

///

///

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

## SEVENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

The FAC and each claim for relief alleged therein are barred, in whole or in part, by the applicable statute of limitations.

## EIGHTH AFFIRMATIVE DEFENSE

### (Mistake Of Fact As To Consent)

The FAC and each claim for relief alleged therein are barred, in whole or in part, by mistake of fact as to consent.

## NINTH AFFIRMATIVE DEFENSE

### (Lack of Knowledge)

The FAC and each claim for relief alleged therein are barred, in whole or in part, by lack of knowledge of the acts complained of in the FAC.

## TENTH AFFIRMATIVE DEFENSE

Defendants assert that they may have other separate and additional defenses of which they are presently unaware and hereby reserve the right to assert these additional defenses as discovery warrants.

## JURY DEMAND

Defendants hereby request a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated:  October 4, 2024          VENABLE LLP

                        By:   */s/ Desirée F. Moore*
                              Desirée F. Moore
                              Joshua M. Rosenberg
                              Rachel C. Richards
                              Kaidyn P. McClure
                              *Attorneys for Defendants*
                              *Terius Gesteelde-Diamant and Contra*
                              *Paris, LLC*

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT