VENABLE LLP
Desirée F. Moore (admitted *Pro Hac Vice*)
 *dmoore@venable.com*
Nelson M. Hua (admitted *Pro Hac Vice*)
 *nmhua@venable.com*
227 West Monroe Street, Suite 1900
Chicago, Illinois 60606
Telephone:  312.820.3400
Facsimile:   312.820.3401

VENABLE LLP
Joshua M. Rosenberg (SBN 274473)
 *jmrosenberg@venable.com*
Kaidyn P. McClure (SBN 352627)
 *kpmcclure@venable.com*
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:  310.229.9900
Facsimile:   310.229.9901

*Attorneys for Defendants Terius Gesteelde-Diamant and Contra Paris, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANAAZ MANGROE,<br><br>Plaintiff,<br><br>v.<br><br>TERIUS GESTEELDE-DIAMANT p/k/a "THE-DREAM"; CONTRA PARIS, LLC; and SONY MUSIC ENTERTAINMENT<br><br>Defendants. | Case No. 2:24-cv-04639-SPG-PVC<br><br>Hon. Sherilyn Peace Garnett<br>Courtroom 5C<br><br>**DEFENDANTS TERIUS GESTEELDE-DIAMANT P/K/A "THE-DREAM" AND CONTRA PARIS, LLC'S ANSWER TO PLAINTIFF CHANAAZ MANGROE'S SECOND AMENDED COMPLAINT**<br><br>Action Filed:  June 4, 2024<br>Trial Date:    None |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

Defendants Terius Gesteelde-Diamant p/k/a "The-Dream" and Contra Paris, LLC (collectively "Defendants") hereby submit their Answer and Affirmative Defenses to Plaintiff Chanaaz Mangroe's ("Plaintiff") Second Amended Complaint ("SAC") (Dkt. 59) as follows:

## PRELIMINARY STATEMENT

1.    Defendants admit that The-Dream is an award-winning singer, songwriter, and producer.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 of the SAC, and therefore deny the same.

2.    The contents of the *Billboard* Magazine article alleged in Paragraph 2 Footnote 1 speak for themselves, and to the extent that the allegations in Paragraph 2 regarding the alleged article are inconsistent with that alleged article, they are denied.  Defendants deny the remaining allegations in Paragraph 2 of the SAC.

3.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 of the SAC, and therefore deny the same.

4.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 of the SAC, and therefore deny the same.

5.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5 of the SAC, and therefore deny the same.

6.    Deny.

7.    The contents of the *New Yorker* Magazine article alleged in Paragraph 7 Footnote 2 speak for themselves, and to the extent that the allegations in Paragraph 7 regarding the alleged article are inconsistent with that alleged article, they are denied.  Defendants deny the remaining allegations in Paragraph 7 of the SAC.

-2-

DEFENDANTS' ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT

1    8.    Deny.

2    9.    Deny.

3    10.    Deny.

4    11.    Deny.

5    12.    Defendants are without knowledge or information sufficient to form a

6    belief as to the truth of the allegations in Paragraph 12 of the SAC, and therefore

7    deny the same.

8    13.    Defendants are without knowledge or information sufficient to form a

9    belief as to the truth of the allegations in Paragraph 13 of the SAC, and therefore

10    deny the same.

11    **JURISDICTION AND VENUE**

12    14.    The allegations contained in Paragraph 14 of the SAC are conclusions

13    of law to which no response is required.

14    15.    The allegations contained in Paragraph 15 of the SAC are conclusions

15    of law to which no response is required.

16    **THE PARTIES**

17    16.    Defendants are without knowledge or information sufficient to form a

18    belief as to the truth of the allegations in Paragraph 16 of the SAC, and therefore

19    deny the same.

20    17.    Admit.

21    18.    Defendants admit that Contra Paris, LLC is a limited liability

22    company incorporated in Delaware and is owned and operated by The-Dream

23    during the relevant time period.  Defendants deny the remaining allegations in

24    Paragraph 18 of the SAC.

25    19.    Defendants are without knowledge or information sufficient to form a

26    belief as to the truth of the allegations in Paragraph 19 of the SAC, and therefore

27    deny the same.

28    / / /

# FACTUAL ALLEGATIONS

20.     Admit.

21.     Admit.

22.     Admit.

23.     Admit.

24.     Admit.

25.     Deny.

26.     The contents of the *Hypebeast* Magazine article alleged in Paragraph 26 Footnote 3 speak for themselves, and to the extent that the allegations in Paragraph 26 are inconsistent with that alleged article, they are denied.

27.     The alleged website speaks for itself, and to the extent that the allegations in Paragraph 27 are inconsistent with that alleged website, they are denied.  Defendants deny the remaining allegations in Paragraph 27 of the SAC.

28.     The contents of the articles alleged in Paragraph 28 Footnote 4 speak for themselves, and to the extent that the allegations in Paragraph 28 regarding the alleged articles are inconsistent with those alleged articles, they are denied. Defendants deny the remaining allegations in Paragraph 28 of the SAC.

29.     Deny.

30.     Admit.

31.     The contents of the *Essence* Magazine article alleged in Paragraph 31 Footnote 6 speak for themselves, and to the extent that the allegations in Paragraph 31 are inconsistent with that alleged article, they are denied.  Defendants deny the remaining allegations in Paragraph 31 of the SAC.

32.     The contents of the alleged *Essence* Magazine interview speak for themselves, and to the extent that the allegations in Paragraph 32 regarding the alleged article are inconsistent with the alleged article, they are denied. Defendants deny the remaining allegations in Paragraph 32 of the SAC.

/ / /

DEFENDANTS' ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT

33.     The contents of the *BET* article alleged in Paragraph 33 Footnote 7 speak for themselves, and to the extent that the allegations in Paragraph 33 regarding the alleged article are inconsistent with the alleged article, they are denied.  Defendants deny the remaining allegations in Paragraph 33 of the SAC.

34.     Deny.

35.     The contents of the alleged criminal complaint speak for themselves, and to the extent that the allegations in Paragraph 35 regarding the alleged criminal complaint are inconsistent with that alleged criminal complaint, they are denied. The contents of the alleged TMZ publication speak for themselves, and to the extent that the allegations in Paragraph 35 regarding the alleged publication are inconsistent with that alleged publication, they are denied.  Defendants deny the remaining allegations in Paragraph 35 of the SAC.

36.     The contents of the alleged public announcement speak for themselves, and to the extent that the allegations in Paragraph 36 are inconsistent with that alleged public announcement, they are denied.  Defendants deny the remaining allegations in Paragraph 36 of the SAC.

37.     The contents of the *Rolling Stone* Magazine article alleged in Paragraph 37 Footnote 8 speak for themselves, and to the extent that the allegations in Paragraph 37 are inconsistent with the alleged article, they are denied.

38.     Deny.

39.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 of the SAC, and therefore deny the same.

40.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 of the SAC, and therefore deny the same.

/ / /

DEFENDANTS' ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT

41.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 of the SAC, and therefore deny the same.

42.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 of the SAC, and therefore deny the same.

43.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 of the SAC, and therefore deny the same.

44.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 44 of the SAC, and therefore deny the same.

45.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 of the SAC, and therefore deny the same.

46.    The contents of the *Billboard* Magazine article alleged in Paragraph 46 Footnote 9 speak for themselves, and to the extent that the allegations in Paragraph 46 regarding the alleged article are inconsistent with that alleged article, they are denied.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 46 of the SAC, and therefore deny the same.

47.    Defendants admit that The-Dream and/or Christopher Stewart produced and/or wrote songs for the identified singers, produced five studio albums, and received several Grammy Award nominations and multiple wins. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 47 of the SAC, and therefore deny the same.

/ / /

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

48.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 of the SAC, and therefore deny the same.

49.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 of the SAC, and therefore deny the same.

50.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 of the SAC, and therefore deny the same.

51.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 of the SAC, and therefore deny the same.

52.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 of the SAC, and therefore deny the same.

53.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53 of the SAC, and therefore deny the same.

54.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 of the SAC, and therefore deny the same.

55.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55 of the SAC, and therefore deny the same.

56.    Deny.

/ / /

/ / /

/ / /

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

57.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 57 of the SAC, and therefore deny the same. Defendants deny the remaining allegations in Paragraph 57 of the SAC.

58.    Deny.

59.    Deny.

60.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 of the SAC, and therefore deny the same.

61.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 of the SAC, and therefore deny the same.

62.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62 of the SAC, and therefore deny the same.

63.    Deny.

64.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 of the SAC, and therefore deny the same.

65.    Deny.

66.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66 of the SAC, and therefore deny the same.

67.    Deny.

68.    Deny.

69.    Deny.

70.    Deny.

/ / /

DEFENDANTS' ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT

71.    The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 71 are inconsistent with that alleged text message, they are denied.  Defendants deny the remaining allegations in Paragraph 71 of the SAC.

72.    Deny.

73.    The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 73 are inconsistent with those alleged text messages, they are denied.

74.    Deny.

75.    Deny.

76.    Deny.

77.    Deny.

78.    Deny.

79.    Deny.

80.    Deny.

81.    The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 81 regarding the alleged text messages are inconsistent with those alleged text messages, they are denied.  Defendants deny the remaining allegations in Paragraph 81 of the SAC.

82.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82 of the SAC, and therefore deny the same.

83.    The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 83 regarding the alleged text messages are inconsistent with those alleged text messages, they are denied.  Defendants deny the remaining allegations in Paragraph 83 of the SAC.

84.    Deny.

/ / /

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

85.    The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 85 regarding the alleged text messages are inconsistent with those alleged text messages, they are denied.  Defendants deny the remaining allegations in Paragraph 85 of the SAC.

86.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 86 of the SAC, and therefore deny the same.  Defendants deny the remaining allegations in Paragraph 86 of the SAC.

87.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87 of the SAC, and therefore deny the same.

88.    The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 88 regarding the alleged text messages are inconsistent with those alleged text messages, they are denied.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 88 of the SAC, and therefore deny the same.

89.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89 of the SAC, and therefore deny the same.

90.    Deny.

91.    Deny.

92.    Deny.

93.    Deny.

94.    Deny.

95.    Deny.

96.    Deny.

97.    Deny.

98.    Deny.

-10-

DEFENDANTS' ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT

99.    Deny.

100.    Deny.

101.    Deny.

102.    Deny.

103.    The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 103 regarding the alleged text message are inconsistent with that alleged text message, they are denied.  Defendants deny the remaining allegations in Paragraph 103 of the SAC.

104.    The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 104 are inconsistent with that alleged text message, they are denied.

105.    Deny.

106.    Deny.

107.    Deny.

108.    Deny.

109.    The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 109 are inconsistent with that alleged text message, they are denied.

110.    The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 110 regarding the text message are inconsistent with that alleged text message, they are denied.  Defendants deny the remaining allegations in Paragraph 110 of the SAC.

111.    The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 111 are inconsistent with those alleged text messages, they are denied.

112.    Deny.

/ / /

/ / /

DEFENDANTS' ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT

113.    The alleged Instagram post speaks for itself, and to the extent that the allegations in Paragraph 113 are inconsistent with that alleged Instagram post, they are denied.

114.    Deny.

115.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first three sentences of Paragraph 115 of the SAC, and therefore deny the same.  Defendants deny the remaining allegations in Paragraph 115 of the SAC.

116.    Deny.

117.    The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 117 are inconsistent with that alleged text message, they are denied.

118.    The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 118 are inconsistent with that alleged text message, they are denied.

119.    The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 119 regarding the alleged text message are inconsistent with that alleged text message, they are denied.  The contents of the *Essence* Magazine article alleged in Paragraph 119 Footnote 10 speak for themselves, and to the extent that the allegations in Paragraph 119 regarding the alleged article are inconsistent with that alleged article, they are denied.

120.    Deny.

121.    The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 121 are inconsistent with those alleged text messages, they are denied.

122.    The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 122 are inconsistent with that alleged text message, they are denied.  Defendants are without knowledge or information

-12-

sufficient to form a belief as to the truth of the remaining allegations in Paragraph
122 of the SAC, and therefore deny the same.

123.   Deny.

124.   The contents of the alleged text message speak for themselves, and to
the extent that the allegations in Paragraph 124 are inconsistent with that alleged
text message, they are denied.  Defendants deny the remaining allegations in
Paragraph 124 of the SAC.

125.   The contents of the alleged text message speak for themselves, and to
the extent that the allegations in Paragraph 125 are inconsistent with that alleged
text message, they are denied.

126.   Defendants are without knowledge or information sufficient to form a
belief as to the truth of the allegations in the first sentence of Paragraph 126 of the
SAC, and therefore deny the same.  The police report alleged in Paragraph 126
Footnote 11 speak for themselves, and to the extent that the allegations in
Paragraph 126 regarding the alleged police report are inconsistent with that alleged
police report, they are denied.  Defendants deny the remaining allegations in
Paragraph 126 of the SAC.

127.   Deny.

128.   Deny.

129.   Defendants are without knowledge or information sufficient to form a
belief as to the truth of the allegations in Paragraph 129 of the SAC, and therefore
deny the same.

130.   Defendants are without knowledge or information sufficient to form a
belief as to the truth of the allegations in Paragraph 130 of the SAC, and therefore
deny the same.

131.   Deny.

/ / /

/ / /

DEFENDANTS' ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT

1    132.    Defendants are without knowledge or information sufficient to form a

2    belief as to the truth of the allegations in Paragraph 132 of the SAC, and therefore

3    deny the same.

4    133.    Deny.

5    134.    Defendants are without knowledge or information sufficient to form a

6    belief as to the truth of the allegations in Paragraph 134 of the SAC, and therefore

7    deny the same.

8    135.    Deny.

9    136.    Defendants are without knowledge or information sufficient to form a

10    belief as to the truth of the allegations in the first sentence of Paragraph 136 of the

11    SAC, and therefore deny the same.  Defendants deny the remaining allegations in

12    Paragraph 136 of the SAC.

13    137.    Deny.

14    138.    Defendants are without knowledge or information sufficient to form a

15    belief as to the truth of the allegations in the first two sentences of Paragraph 138

16    of the SAC, and therefore deny the same.  Defendants deny the remaining

17    allegations in Paragraph 138 of the SAC.

18    139.    Deny.

19    140.    Defendants are without knowledge or information sufficient to form a

20    belief as to the truth of the allegations in Paragraph 140 of the SAC, and therefore

21    deny the same.

22    141.    Deny.

23    142.    Deny.

24    143.    Deny.

25    144.    Deny.

26    145.    Defendants are without knowledge or information sufficient to form a

27    belief as to the truth of the allegations in Paragraph 145 of the SAC, and therefore

28    deny the same.

DEFENDANTS' ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT

146.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146 of the SAC, and therefore deny the same.

147.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 147 of the SAC, and therefore deny the same.

148.   Deny.

149.   The contents of the alleged email speak for themselves, and to the extent that the allegations in Paragraph 149 are inconsistent with that alleged email, they are denied.  Defendants deny the remaining allegations in Paragraph 149 of the SAC.

150.   Deny.

151.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 151 of the SAC, and therefore deny the same.

152.   Deny.

153.   Deny.

154.   The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 154 regarding the alleged text message are inconsistent with that alleged text message, they are denied.  Defendants deny the remaining allegations in Paragraph 154 of the SAC.

155.   The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 155 are inconsistent with that alleged text message, they are denied.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 155 of the SAC, and therefore deny the same.

/ / /

/ / /

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

156.   The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 156 are inconsistent with that alleged text message, they are denied.

157.   The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 157 regarding the alleged text message are inconsistent with that alleged text message, they are denied.  Defendants deny the remaining allegations in Paragraph 157 of the SAC.

158.   The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 158 regarding the alleged text messages are inconsistent with those alleged text messages, they are denied.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 158 of the SAC, and therefore deny the same.

159.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 159 of the SAC, and therefore deny the same.

160.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 160 of the SAC, and therefore deny the same.

161.   Deny.

162.   Deny.

163.   Deny.

164.   Deny.

165.   Deny.

166.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 166 of the SAC, and therefore deny the same.

/ / /

/ / /

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

167.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 167 of the SAC, and therefore deny the same.

168.   Defendants deny The-Dream's control and abuse.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 168 of the SAC, and therefore deny the same.

169.   Deny.

170.   Deny.

171.   Deny.

172.   Deny.

173.   Deny.

174.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 174 of the SAC, and therefore deny the same.  Defendants deny the remaining allegations in Paragraph 174 of the SAC.

175.   The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 175 are inconsistent with those alleged text messages, they are denied.  Defendants deny the remaining allegations in Paragraph 175 of the SAC.

176.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 176 of the SAC, and therefore deny the same.

177.   Deny.

178.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 178 of the SAC, and therefore deny the same.

179.   Deny.

/ / /

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

180.   The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 180 regarding the alleged text message are inconsistent with that alleged text message, they are denied.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 180 of the SAC, and therefore deny the same.

181.   The contents of the alleged contract speak for themselves, and to the extent that the allegations in Paragraph 181 are inconsistent with that alleged contract, they are denied.

182.    The contents of the alleged contract speak for themselves, and to the extent that the allegations in Paragraph 182 are inconsistent with that alleged contract, they are denied.

183.   The contents of the alleged contract speak for themselves, and to the extent that the allegations in Paragraph 183 are inconsistent with that alleged contract, they are denied.

184.   The contents of the alleged contract speak for themselves, and to the extent that the allegations in Paragraph 184 regarding the alleged contract are inconsistent with that alleged contract, they are denied.  The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 184 regarding the alleged text message are inconsistent with that alleged text message, they are denied.

185.   The contents of the alleged contract speak for themselves, and to the extent that the allegations in Paragraph 185 are inconsistent with that alleged contract, they are denied.  Defendants deny the remaining allegations in Paragraph 185 of the SAC.

186.   Deny.

187.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 187 of the SAC, and therefore deny the same.

DEFENDANTS' ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT

188.    The contents of the alleged contract speak for themselves, and to the extent that the allegations in Paragraph 188 are inconsistent with that alleged contract, they are denied.  Defendants deny the remaining allegations in Paragraph 188 of the SAC.

189.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 189 of the SAC, and therefore deny the same.  The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 189 are inconsistent with that alleged text message, they are denied.

190.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 190 of the SAC, and therefore deny the same.

191.    Deny.

192.    Deny.

193.    Defendants deny the allegations in the first sentence of Paragraph 193 of the SAC.  Defendants deny the allegations in the last sentence of Paragraph 193 of the SAC.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 193 of the SAC, and therefore deny the same.

194.    Deny.

195.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 195 of the SAC, and therefore deny the same.  The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 195 regarding the alleged text messages are inconsistent with those alleged text messages, they are denied.  Defendants deny the remaining allegations in Paragraph 195 of the SAC.

/ / /

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

196.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 196 of the SAC, and therefore deny the same.

197.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 197 of the SAC, and therefore deny the same.

198.   Deny.

199.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 199 of the SAC, and therefore deny the same.

200.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 200 of the SAC, and therefore deny the same.

201.   Deny.

202.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 202 of the SAC, and therefore deny the same.

203.   The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 203 regarding the alleged text message are inconsistent with that alleged text message, they are denied.

204.   The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 204 regarding the alleged text messages are inconsistent with those alleged text messages, they are denied.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 204 of the SAC, and therefore deny the same.

205.   Deny.

/ / /

/ / /

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

206.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 206 of the SAC, and therefore deny the same.

207.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first two sentences of Paragraph 207 of the SAC, and therefore deny the same.  Defendants deny the remaining allegations in Paragraph 207 of the SAC.

208.   The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 208 are inconsistent with those alleged text messages, they are denied.

209.   The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 209 are inconsistent with those alleged text messages, they are denied.

210.   The contents of the alleged email speak for themselves, and to the extent that the allegations in Paragraph 210 are inconsistent with that alleged email, they are denied.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 210 of the SAC, and therefore deny the same.

211.   The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 211 are inconsistent with that alleged text message, they are denied.

212.   Deny.

213.   Deny.

214.   Deny.

215.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 215 of the SAC, and therefore deny the same.

/ / /

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

216.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 216 of the SAC, and therefore deny the same.

217.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 217 of the SAC, and therefore deny the same.

218.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 218 of the SAC, and therefore deny the same.

219.   Deny.

220.   Deny.

221.   Deny.

222.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 222 of the SAC, and therefore deny the same.

223.   Deny.

224.   Deny.

225.   Deny.

226.   Deny.

227.   Deny.

228.   Deny.

229.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 229 of the SAC, and therefore deny the same.

230.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 230 of the SAC, and therefore deny the same.

/ / /

-22-

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

231. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 231 of the SAC, and therefore deny the same. Defendants deny the remaining allegations in Paragraph 231 of the SAC.

232. The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 232 of the SAC are inconsistent with that alleged text message, they are denied. Defendants deny the remaining allegations in Paragraph 232 of the SAC.

233. The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 233 of the SAC are inconsistent with those alleged text messages, they are denied. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 233 of the SAC, and therefore deny the same.

234. Deny.

235. Deny.

236. Deny.

237. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 237 of the SAC, and therefore deny the same.

238. Deny.

239. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 239 of the SAC, and therefore deny the same.

240. Deny.

241. Deny.

/ / /

/ / /

/ / /

DEFENDANTS' ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT

242.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the second sentence of Paragraph 242 of the SAC, and therefore deny the same. Defendants deny the remaining allegations in Paragraph 242 of the SAC.

243.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 243 of the SAC, and therefore deny the same. Defendants deny the remaining allegations in Paragraph 243 of the SAC.

244.    Deny.

245.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the second and third sentences of Paragraph 245 of the SAC, and therefore deny the same.  Defendants deny the remaining allegations in Paragraph 245 of the SAC.

246.    The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 246 regarding the alleged text messages are inconsistent with those alleged text messages, they are denied.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 246 of the SAC, and therefore deny the same.

247.    The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 247 are inconsistent with those alleged text messages, they are denied.

248.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 248 of the SAC, and therefore deny the same.

/ / /

/ / /

/ / /

/ / /

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

249.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 249 of the SAC, and therefore deny the same.  Defendants deny the remaining allegations in Paragraph 249 of the SAC.

250.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first and second sentences of Paragraph 250 of the SAC, and therefore deny the same.  Defendants deny the remaining allegations in Paragraph 250 of the SAC.

251.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 251 of the SAC, and therefore deny the same.

252.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 252 of the SAC, and therefore deny the same.  Defendants deny the remaining allegations in Paragraph 252 of the SAC.

253.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 253 of the SAC, and therefore deny the same.

254.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 254 of the SAC, and therefore deny the same.

255.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 255 of the SAC, and therefore deny the same.

256.   Defendants deny any allegations in Paragraph 256 of the SAC that purport to set forth or describe any alleged conduct by Defendants.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 256 of the SAC, and therefore deny the same.

257.    Defendants deny any allegations in Paragraph 257 of the SAC that purport to set forth or characterize any alleged conduct by Defendants.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 257 of the SAC, and therefore deny the same.

258.    Defendants deny the allegations in the second sentence of Paragraph 258 of the SAC.  Defendants further deny any allegations in Paragraph 258 of the SAC that purport to set forth or characterize any alleged conduct by Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 258 of the SAC, and therefore deny the same.

259.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 259 of the SAC, and therefore deny the same.

260.    Defendants deny any allegations in Paragraph 260 of the SAC that purport to set forth or characterize any alleged conduct by Defendants.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 260 of the SAC, and therefore deny the same.

261.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 261 of the SAC, and therefore deny the same.

262.    Deny.

263.    Deny.

264.    Deny.

/ / /

/ / /

/ / /

DEFENDANTS' ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT

265.   The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 265 of the SAC are inconsistent with those alleged text messages, they are denied.  Defendants deny the remaining allegations in Paragraph 265 of the SAC.

266.   The contents of the alleged text messages speak for themselves, and to the extent that the allegations in Paragraph 266 of the SAC are inconsistent with those alleged text messages, they are denied.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 266 of the SAC, and therefore deny the same.

267.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 267 of the SAC, and therefore deny the same.

268.   Deny.

269.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 269 of the SAC, and therefore deny the same.

270.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 270 of the SAC, and therefore deny the same.

271.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 271 of the SAC, and therefore deny the same.

272.   The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 272 are inconsistent with that alleged text message, they are denied.

/ / /

/ / /

/ / /

273.    The contents of the alleged text message speak for themselves, and to the extent that the allegations in Paragraph 273 of the SAC are inconsistent with that alleged text message, they are denied.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 273 of the SAC, and therefore deny the same.

274.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 274 of the SAC, and therefore deny the same.

275.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 275 of the SAC, and therefore deny the same.

276.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 276 of the SAC, and therefore deny the same.

277.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 277 of the SAC, and therefore deny the same.

278.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 278 of the SAC, and therefore deny the same.

279.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 279 of the SAC, and therefore deny the same.

280.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 280 of the SAC, and therefore deny the same.

/ / /

/ / /

281. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 281 of the SAC, and therefore deny the same.

282. Deny.

283. Defendants deny the allegations in the first sentence of Paragraph 283 of the SAC. Defendants further deny any allegations in Paragraph 283 of the SAC that purport to set forth or characterize any alleged conduct by Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 283 of the SAC, and therefore deny the same.

284. Defendants deny any allegations in Paragraph 284 of the SAC that purport to set forth or characterize any alleged conduct by Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 284 of the SAC, and therefore deny the same.

285. Defendants deny any allegations in Paragraph 285 of the SAC that purport to set forth or characterize any alleged conduct by Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 285 of the SAC, and therefore deny the same.

286. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 286 of the SAC, and therefore deny the same.

287. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 287 of the SAC, and therefore deny the same.

288. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 288 of the SAC, and therefore

DEFENDANTS' ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT

1   deny the same.

2        289.    Defendants are without knowledge or information sufficient to form a

3   belief as to the truth of the allegations in Paragraph 289 of the SAC, and therefore

4   deny the same.

5        290.    Defendants are without knowledge or information sufficient to form a

6   belief as to the truth of the allegations in Paragraph 290 of the SAC, and therefore

7   deny the same.

8        291.    Defendants are without knowledge or information sufficient to form a

9   belief as to the truth of the allegations in Paragraph 291 of the SAC, and therefore

10   deny the same.

11        292.    Defendants are without knowledge or information sufficient to form a

12   belief as to the truth of the allegations in Paragraph 292 of the SAC, and therefore

13   deny the same.

14        293.    Defendants are without knowledge or information sufficient to form a

15   belief as to the truth of the allegations in Paragraph 293 of the SAC, and therefore

16   deny the same.

17        294.    Defendants are without knowledge or information sufficient to form a

18   belief as to the truth of the allegations in Paragraph 294 of the SAC, and therefore

19   deny the same.

20        295.    Defendants are without knowledge or information sufficient to form a

21   belief as to the truth of the allegations in Paragraph 295 of the SAC, and therefore

22   deny the same.

23        296.    Deny.

24        297.    Defendants are without knowledge or information sufficient to form a

25   belief as to the truth of the allegations in Paragraph 297 of the SAC, and therefore

26   deny the same.

27        298.    Defendants are without knowledge or information sufficient to form a

28   belief as to the truth of the allegations in Paragraph 298 of the SAC, and therefore

deny the same.

299.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 299 of the SAC, and therefore deny the same.

300.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 300 of the SAC, and therefore deny the same.

301.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 301 of the SAC, and therefore deny the same.

302.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 302 of the SAC, and therefore deny the same.

303.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 303 of the SAC, and therefore deny the same.

304.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 304 of the SAC, and therefore deny the same.

305.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 305 of the SAC, and therefore deny the same.

306.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 306 of the SAC, and therefore deny the same.

307.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 307 of the SAC, and therefore deny the same.

DEFENDANTS' ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT

308.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 308 of the SAC, and therefore deny the same.

309.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 309 of the SAC, and therefore deny the same.

310.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 310 of the SAC, and therefore deny the same.

311.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 311 of the SAC, and therefore deny the same.

312.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 312 of the SAC, and therefore deny the same.

313.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 313 of the SAC, and therefore deny the same.

314.    Defendants deny the fourth sentence of Paragraph 314 of the SAC. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 314 of the SAC, and therefore deny the same.

315.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 315 of the SAC, and therefore deny the same.

316.    Deny.

317.    Defendants deny any allegations in Paragraph 317 of the SAC that purport to set forth or characterize any alleged conduct by Defendants.  Defendants

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

1  are without knowledge or information sufficient to form a belief as to the truth of

2  the remaining allegations in Paragraph 317 of the SAC, and therefore deny the

3  same.

4      318.   Deny.

5      319.   Defendants are without knowledge or information sufficient to form a

6  belief as to the truth of the allegations in Paragraph 319 of the SAC, and therefore

7  deny the same.

8      320.   Deny.

9      321.   Deny.

10      322.   Defendants are without knowledge or information sufficient to form a

11  belief as to the truth of the allegations in Paragraph 322 of the SAC, and therefore

12  deny the same.

13      323.   Deny.

14      324.   Defendants are without knowledge or information sufficient to form a

15  belief as to the truth of the allegations in Paragraph 324 of the SAC, and therefore

16  deny the same.

17      325.   Defendants are without knowledge or information sufficient to form a

18  belief as to the truth of the allegations in Paragraph 325 of the SAC, and therefore

19  deny the same.

20      326.   Deny.

21      327.   Defendants are without knowledge or information sufficient to form a

22  belief as to the truth of the allegations in the first sentence of Paragraph 327 of the

23  SAC, and therefore deny the same.  Defendants deny the remaining allegations in

24  Paragraph 327 of the SAC.

25      328.   Defendants are without knowledge or information sufficient to form a

26  belief as to the truth of the allegations in the first and third sentences of Paragraph

27  328 of the SAC, and therefore deny the same.  Defendants deny the remaining

28  allegations in Paragraph 328 of the SAC.

# FIRST CLAIM FOR RELIEF

## (Sex Trafficking Under 18 U.S.C. § 1595)

329.    Defendants repeat their responses and denials to the preceding and foregoing paragraphs as if fully set forth herein.

330.    Paragraph 330 of the SAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 330 of the SAC.

331.    Paragraph 331 of the SAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 331 of the SAC.

332.    Paragraph 332 of the SAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 332 of the SAC.

333.    Paragraph 333 of the SAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 333 of the SAC.

334.    Paragraph 334 of the SAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 334 of the SAC.

335.    Paragraph 335 of the SAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 335 of the SAC.

336.    Paragraph 336 of the SAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 336 of the SAC.

337.    Paragraph 337 of the SAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 337 of the SAC.

-34-

DEFENDANTS' ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT

338.   Paragraph 338 of the SAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 338 of the SAC.

339.   Paragraph 339 of the SAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 339 of the SAC.

340.   Paragraph 340 of the SAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 340 of the SAC.

341.   Paragraph 341 of the SAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 341 of the SAC.

## SECOND CLAIM FOR RELIEF

### (Civil Sexual Assault)

342.   Defendants repeat their responses and denials to the preceding and foregoing paragraphs as if fully set forth herein.

343.   Paragraph 343 of the SAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 343 of the SAC.

344.   Paragraph 344 of the SAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 344 of the SAC.

345.   Paragraph 345 of the SAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 345 of the SAC.

346.   Paragraph 346 of the SAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 346 of the SAC.

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

347.  Paragraph 347 of the SAC states legal conclusions, to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 347 of the SAC.

## PRAYER FOR RELIEF

The prayer for relief does not require a response.  To the extent a response is required, Defendants deny that Plaintiff is entitled to any relief whatsoever from Defendants or this Court, either as requested in the SAC or otherwise.

## AFFIRMATIVE DEFENSES

Defendants assert the following affirmative defenses without conceding that they bear the burden of proof as to any of the defenses pled.  Defendants reserve the right to amend or supplement these defenses and to take further positions as discovery proceeds in this case.

## FIRST AFFIRMATIVE DEFENSE
### (Failure To State A Claim)

The SAC and each claim for relief alleged therein are barred, in whole or in part, because they fail to state any claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE
### (Laches)

The SAC and each claim for relief alleged therein are barred, in whole or in part, by the doctrine of laches.

## THIRD AFFIRMATIVE DEFENSE
### (Waiver, Estoppel, Acquiescence, Consent)

The SAC and each claim for relief alleged therein are barred, in whole or in part, by the doctrines of waiver, estoppel, acquiescence, and/or consent.

## FOURTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

The SAC and each claim for relief alleged therein are barred, in whole or in part, by the doctrine of unclean hands.

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

## FIFTH AFFIRMATIVE DEFENSE

### (No Damages)

The SAC and each claim for relief alleged therein are barred, in whole or in part, because there have been no damages in any amount, manner, or at all by reason of any act alleged against Defendants in the SAC.

## SIXTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

If Plaintiff has suffered any damages or injury in fact, which Defendants expressly deny, Defendants allege that Plaintiff's recovery is barred by her failure to mitigate, reduce, or otherwise avoid damages or injuries.

## SEVENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

The SAC and each claim for relief alleged therein are barred, in whole or in part, by the applicable statute of limitations.

## EIGHTH AFFIRMATIVE DEFENSE

### (Mistake Of Fact As To Consent)

The SAC and each claim for relief alleged therein are barred, in whole or in part, by mistake of fact as to consent.

## NINTH AFFIRMATIVE DEFENSE

### (Lack of Knowledge)

The SAC and each claim for relief alleged therein are barred, in whole or in part, by lack of knowledge of the acts complained of in the SAC.

## TENTH AFFIRMATIVE DEFENSE

Defendants assert that they may have other separate and additional defenses of which they are presently unaware and hereby reserve the right to assert these additional defenses as discovery warrants.

## JURY DEMAND

Defendants hereby request a trial by jury pursuant to Rule 38 of the Federal

DEFENDANTS' ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT

1  Rules of Civil Procedure.

2  Dated:  May 28, 2025                    VENABLE LLP

3

4                                      By:  */s/ Desirée F. Moore*
                                            Desirée F. Moore
5                                           Joshua M. Rosenberg
                                            Nelson M. Hua
6                                           Kaidyn P. McClure
7
8                                           *Attorneys for Defendants*
                                            *Terius Gesteelde-Diamant and Contra*
9                                           *Paris, LLC*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANTS' ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT