GIBSON, DUNN & CRUTCHER LLP
Debra Wong Yang SBN 123289
  DWongYang@gibsondunn.com
Bradley J. Hamburger SBN 266916
  BHamburger@gibsondunn.com
Summer A. Wall SBN 331303
  SWall@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Tel: 213.229.7472

Kristin A. Linsley SBN 154148
  KLinsley@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel: 415.393.8395

*Attorneys for Defendant*
SONY MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANAAZ MANGROE p/k/a Channii Monroe,<br><br>Plaintiff,<br><br>v.<br><br>TERIUS GESTEELDE-DIAMANT p/k/a "THE-DREAM"; CONTRA PARIS, LLC; and SONY MUSIC ENTERTAINMENT,<br><br>Defendants. | CASE NO. 2:24-CV-04639-SPG-PVC<br><br>**JOINT STIPULATION REGARDING DEFERRAL OF SCHEDULING CONFERENCE AND SUBMISSION OF JOINT RULE 26(F) REPORT AS TO DEFENDANT SME** |

1  TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF
2  RECORD HEREIN:

3      Plaintiff Chanaaz Mangroe, p/k/a Channii Monroe, and Defendants Terius Gesteelde-Diamant, p/k/a The Dream, Contra Paris, LLC, and Sony Music Entertainment ("SME") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

      WHEREAS, the Court granted with leave to amend SME's motion to dismiss Plaintiff's First Amended Complaint, *see* Dkt. 58;

      WHEREAS, Plaintiff timely filed her Second Amended Complaint (Dkt. 59) on May 14, 2025; SME's Motion to Dismiss that complaint is due on or before June 25 (*see* Dkt. 62); and the hearing on that motion is set for September 10, *see id.*;

      WHEREAS, the Court ordered a Scheduling Conference on July 9, 2025 and the filing of a Joint Rule 26(f) Report, *see* Dkt. 64;

      WHEREAS, the Parties have conferred regarding a request by SME to defer its Rule 26 obligations until this Court's ruling on SME's forthcoming motion to dismiss the Second Amended Complaint, given the possibility that the claims against SME may be dismissed without further leave to amend;

      WHEREAS, there is good cause for this joint request, which is not made for the purpose of delay. Specifically, postponing initial Rule 26 obligations relating to the claim against SME will conserve judicial and party resources pending what may be a dispositive ruling relating to that claim, but discovery as to the claim against the other Defendants can proceed in the ordinary course;

      NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, SUBJECT TO THE APPROVAL OF THE COURT:

    1.    SME's participation in the Scheduling Conference on July 9, 2025 and submission of the Joint Rule 26(f) Report is deferred until after the Court's ruling on SME's forthcoming motion to dismiss the Second Amended

Complaint, and SME need not participate in the Rule 26(f) meeting of counsel or serve initial disclosures at this time.

Respectfully submitted,

Dated: June 13, 2025

**WIGDOR LLP**

*/s/ Meredith Firetog*
Meredith Firetog (Admitted *Pro Hac Vice*)
Douglas H. Wigdor (Admitted *Pro Hac Vice*)
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mfiretog@wigdorlaw.com
dwigdor@wigdorlaw.com

**GIRARD BENGALI, APC**

Omar H. Bengal
Robert J. Girard II
355 S. Grand Street, Suite 2450
Los Angeles, CA 90071
Telephone: (323) 403-5687
obengali@girardbengali.com
rgirard@girardbengali.com

*Counsel for Plaintiff*

Dated: June 13, 2025

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Kristin A. Linsley*
Kristin A. Linsley
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8395
KLinsley@gibsondunn.com

Debra Wong Yang
Bradley J. Hamburger
Summer A. Wall
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7472
DWongYang@gibsondunn.com
BHamburger@gibsondunn.com
SWall@gibsondunn.com

|   |   |   |
|---|---|---|
| | | *Counsel for Defendant Sony Music Entertainment* |
| Dated: June 13, 2025 | | **VENABLE LLP** |
| | | */s/ Nelson M. Hua* |
| | | Desiree F. Moore |
| | | Joshua M. Rosenberg |
| | | Nelson M. Hua |
| | | Kaidyn P. McClure |
| | | *Attorneys for Defendants Terius Gesteelde-Diamant and Contra Paris, LLC* |

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-4.3.4 of the United States District Court for the Central District of California, I attest that Counsel for Plaintiff and Counsel for Defendant have authorized the filing of this document.

  */s/ Kristin A. Linsley*
  Kristin A. Linsley