GIBSON, DUNN & CRUTCHER LLP
Debra Wong Yang SBN 123289
  DWongYang@gibsondunn.com
Bradley J. Hamburger SBN 266916
  BHamburger@gibsondunn.com
Summer A. Wall SBN 331303
  SWall@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Tel: 213.229.7472

Kristin A. Linsley SBN 154148
  KLinsley@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel: 415.393.8395

*Attorneys for Defendant*
SONY MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANAAZ MANGROE p/k/a Channii Monroe,<br><br>Plaintiff,<br><br>v.<br><br>TERIUS GESTEELDE-DIAMANT p/k/a "THE-DREAM"; CONTRA PARIS, LLC; and SONY MUSIC ENTERTAINMENT,<br><br>Defendants. | CASE NO. 2:24-CV-04639-SPG-PVG<br><br>**JOINT STIPULATION REGARDING CONTINUANCE OF HEARING DATE FOR DEFENDANT SME'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

1

TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Plaintiff Chanaaz Mangroe p/k/a Channii Monroe and Defendant Sony Music Entertainment ("SME") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, SME timely filed its Motion to Dismiss Plaintiff's Second Amended Complaint on June 25, 2025, per this Court's Order granting the Parties' Joint Stipulation Regarding Extension of Time to Respond to Second Amended Complaint and Briefing Schedule, *see* Dkt. 62;

WHEREAS, the Parties conferred regarding the hearing date on SME's Motion to Dismiss Plaintiff's Second Amended Complaint and agreed upon September 10, 2025, as noticed in SME's Notice of Motion, *see* Dkt. 71;

WHEREAS, as stated in the attached Declaration of Kristin A. Linsley, undersigned counsel for SME has recently learned that she needs to be out of the country on September 10, 2025;

WHEREAS, the Parties have again conferred regarding a new hearing date on SME's Motion to Dismiss Plaintiff's Second Amended Complaint that complies with this Court's Standing Order;

WHEREAS, the parties do not request to modify the time for filing and serving opposing and reply papers already set for August 6, 2025, and August 27, 2025, respectively, *see* L.R. 7-11;

WHEREAS, the Parties do not enter into this stipulation for the purpose of delay;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, SUBJECT TO THE APPROVAL OF THE COURT:

1. The hearing on SME's Motion to Dismiss Plaintiff's Second Amended Complaint will be scheduled for September 24, 2025, or such other date may be convenient for the Court, in lieu of September 10, 2025.

A [Proposed] Order is filed concurrently herewith.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 18, 2025 | **WIGDOR LLP** |
|  | */s/ Meredith Firetog* <br> Meredith Firetog (Admitted *Pro Hac Vice*) <br> Douglas H. Wigdor (Admitted *Pro Hac Vice*) <br> 85 Fifth Avenue, Fifth Floor <br> New York, NY 10003 <br> Telephone: (212) 257-6800 <br> Facsimile: (212) 257-6845 <br> mfiretog@wigdorlaw.com <br> dwigdor@wigdorlaw.com |
|  | **GIRARD BENGALI, APC** |
|  | Omar H. Bengal <br> Robert J. Girard II <br> 355 S. Grand Street, Suite 2450 <br> Los Angeles, CA 90071 <br> Telephone: (323) 403-5687 <br> obengali@girardbengali.com <br> rgirard@girardbengali.com |
|  | *Counsel for Plaintiff* |
| Dated: July 18, 2025 | **GIBSON, DUNN & CRUTCHER LLP** |
|  | */s/ Kristin A. Linsley* <br> Kristin A. Linsley <br> One Embarcadero Center, Suite 2600 <br> San Francisco, CA 94111 <br> Telephone: (415) 393-8395 <br> KLinsley@gibsondunn.com |
|  | Debra Wong Yang <br> Bradley J. Hamburger <br> Summer A. Wall <br> 333 South Grand Avenue <br> Los Angeles, CA 90071 <br> Telephone: (213) 229-7472 <br> DWongYang@gibsondunn.com <br> BHamburger@gibsondunn.com <br> SWall@gibsondunn.com |
|  | *Counsel for Defendant* <br> *Sony Music Entertainment* |

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-4.3.4 of the United States District Court for the Central District of California, I attest that Counsel for Plaintiff and Counsel for Defendant have authorized the filing of this document.

*/s/ Kristin A. Linsley*
Kristin A. Linsley