# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANAAZ MANGROE p/k/a Channii Monroe,<br><br>Plaintiff,<br><br>v.<br><br>TERIUS GESTEELDE-DIAMANT p/k/a "THE-DREAM"; CONTRA PARIS, LLC; and SONY MUSIC ENTERTAINMENT,<br><br>Defendants. | Case No. 2:24-CV-04639-SPG-PVG<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING CONTINUANCE OF HEARING DATE FOR DEFENDANT SME'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br>**[ECF NO. 77]** |

Plaintiff Chanaaz Mangroe and Defendant Sony Music Entertainment ("SME") have filed a Joint Stipulation (ECF No. 77 ("Stipulation")) seeking to continue the date for the hearing on SME's Motion to Dismiss Plaintiff's Second Amended Complaint.

The Court, having considered the Joint Stipulation, and finding good cause therefor, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The hearing on SME's Motion to Dismiss is rescheduled for September 24, 2025.

2. This order does not modify the dates for the parties to serve opposing and reply papers, which are set for August 6, 2025, and August 27, 2025, respectively, *see* ECF No. 62.

**IT IS SO ORDERED.**

Dated: August 11, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE