**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANAAZ MANGROE p/k/a Channii Monroe, | Case No. 2:24-cv-04639-SPG-PVC |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON SONY MUSIC ENTERTAINMENT'S MOTION TO DISMISS [ECF NO. 85]** |
| v. | |
| TERIUS GESTEELDE-DIAMANT p/k/a "THE-DREAM"; CONTRA PARIS, LLC; and SONY MUSIC ENTERTAINMENT, | |
| Defendants. | |

Before the Court is the parties' Joint Stipulation to Continue Hearing on Sony Music Entertainment's Motion to Dismiss (ECF No. 85 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS that the hearing on Sony Music Entertainment's Motion to Dismiss (ECF No. 71) is continued from September 24, 2025, to October 8, 2025 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: September 17, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

1