**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Chanaaz Mangroe,<br><br>                             Plaintiff(s)<br>v.<br><br>Terius Gesteelde-Diamant, et al.,<br><br>                            Defendant(s) | CASE NUMBER:<br><br>2:24-cv-04639-SPG-PVCx<br><br><br>**MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Pedro V. Castillo. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A video conference is set for Tuesday, February 10, 2026, at 1:30 p.m.

Instructions for how to access the Zoom webinar can be found on Judge Castillo's Procedures & Schedules page located on the Court's website (www.cacd.uscourts.gov/honorable-pedro-v-castillo).

Dated: February 6, 2026

By: Marlene Ramirez
      Deputy Clerk