VENABLE LLP
Desirée F. Moore (admitted *Pro Hac Vice*)
  dmoore@venable.com
Abram I. Moore (admitted *Pro Hac Vice*)
  amoore@venable.com
Nelson M. Hua (admitted *Pro Hac Vice*)
  nmhua@venable.com
227 West Monroe Street, Suite 1900
Chicago, Illinois 60606
Telephone:  312.820.3400
Facsimile:  312.820.3401

VENABLE LLP
Kaidyn P. McClure (SBN 352627)
  kpmcclure@venable.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone:  310.229.9900
Facsimile:  310.229.9901

*Attorneys for Defendants Terius Gesteelde-Diamant p/k/a "The-Dream" and Contra Paris, LLC*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANAAZ MANGROE,<br><br>        Plaintiff,<br><br>   v.<br><br>TERIUS GESTEELDE-DIAMANT p/k/a "THE-DREAM" and CONTRA PARIS, LLC,<br><br>        Defendants. | Case No. 2:24-cv-04639-SPG-PVC<br><br>Hon. Sherilyn Peace Garnett<br>Courtroom 5C<br><br>**JOINT STIPULATION TO EXTEND CLOSE OF FACT DISCOVERY AND LAST DAY TO HEAR MOTIONS**<br><br>*[Filed Concurrently with Declaration of Desirée F. Moore and [Proposed] Order]*<br><br>Action Filed: June 4, 2024<br>Trial Date:    July 21, 2026 |

**TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Defendants Terius Gesteelde-Diamant a/k/a "The-Dream" ("Mr. Gesteelde-Diamant") and Contra Paris, LLC ("Contra Paris") (together, "Defendants"), and Plaintiff Chanaaz Mangroe ("Ms. Mangroe") (collectively, the "Parties"), through their respective attorneys of record, hereby request that the Court extend the Close of Fact Discovery and Last Day to Hear Motions under the amended case scheduling order (ECF No. 93) in accordance with the stipulated schedule set forth herein:

**WHEREAS**, the parties have worked together in good faith to schedule the non-party and party depositions;

**WHEREAS**, the deposition of Contra Paris took place on February 13, 2026, the initial deposition of Ms. Mangroe took place on February 18, 2026, and the deposition of Mr. Gesteelde-Diamant took place on February 23, 2026;

**WHEREAS**, Ms. Mangroe is producing additional documents and will be deposed again thereafter regarding those documents;

**WHEREAS**, Ms. Mangroe has requested that Defendants produce additional documents as follow up to the deposition of Mr. Gesteelde-Diamant on February 23, 2026;

**WHEREAS**, Defendants have requested additional time to depose Ms. Mangroe due to the complexity of this case, the thousands of relevant documents produced relating to nearly each allegation in a 72-page complaint, and what they claim were her evasive answers in her first deposition and have requested an informal discovery conference related thereto;

**WHEREAS,** Ms. Mangroe has identified as potential witnesses in this case one witness who lives in the Netherlands (her mother) and intends to make her available for deposition, obviating the need for Defendants to serve formal process through The Hague on that witness;

**WHEREAS,** Plaintiff's mother has suffered a recent stroke and it is uncertain when she will be available to testify;

**WHEREAS**, the Parties will not receive the final deposition transcripts of Contra Paris, Ms. Mangroe, and Mr. Gesteelde-Diamant—the three Parties in this case—with sufficient time to assess the evidence and prepare the Joint Brief for Motion for Summary Judgment under Federal Rule of Civil Procedure 56 in compliance with the Court's Standing Order for Motions for Summary Judgment;

**WHEREAS**, before any non-party or party had testified in the case, the Parties previously requested one extension of the pre-trial and trial deadlines, which the Court granted in part (ECF No. 93);

**WHEREAS**, the Parties believe that a minimum 30-day extension of the current deadline, subject to the Court's civil motion hearing calendar, is necessary to procure the final deposition transcripts and determine the material issues of fact that are undisputed as a matter of law;

**WHEREAS**, for these reasons, the requested extension is sought in good faith and not for purposes of undue delay.

**THE PARTIES HEREBY STIPULATE AND REQUEST THE COURT ENTER AN ORDER** resetting the Close of Fact Discovery and the Last Day to Hear Motions in this case:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Close of Fact Discovery | February 23, 2026 | March 20, 2026 |
| Last Day to Hear Motions | April 8, 2026 | May 13, 2026 |

The Parties are conferring regarding further adjustments to the case schedule. Accordingly, the Parties respectfully request that the Court issue the attached Proposed Order granting the extension of the Close of Fact Discovery and the Last

1 | Day to Hear Motions described herein above.

Dated: February 23, 2026      **VENABLE LLP**

By:   */s/ Desirée F. Moore*
Desirée F. Moore
Abram I. Moore
Nelson M. Hua
Kaidyn P. McClure

*Attorneys for Defendants Terius Gesteelde-Diamant p/k/a "The-Dream" and Contra Paris, LLC*

Dated: February 23, 2026      **WIGDOR LLP**

By:   */s/ Meredith A. Firetog*
Meredith A. Firetog
Monica Hincken
Katherine Vask

85 Fifth Avenue, Fifth Floor
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mfiretog@wigdorlaw.com
mhincken@wigdorlaw.com
kvask@wigdorlaw.com

*Attorneys for Plaintiff Chanaaz Mangroe*