1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10

| CHANAAZ MANGROE, | Case No. 2:24-cv-04639-SPG-PVC |
| --- | --- |
| Plaintiff, | Hon. Sherilyn Peace Garnett<br>Courtroom 5C |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANTS TERIUS GESTEELDE-DIAMANT'S AND CONTRA PARIS, LLC'S MOTION TO CONTINUE EXPERT DISCOVERY DEADLINES [ECF NO. 110]** |
| TERIUS GESTEELDE-DIAMANT p/k/a "THE-DREAM" and CONTRA PARIS, LLC, | |
| Defendants. | |

The Court, having considered Defendants' Motion to Continue Expert Discovery Deadlines, and all matters that may be properly considered at the hearing on this Motion, and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

| Description | Current Deadline | Requested Date |
|---|---|---|
| Expert Disclosure (initial) | 03/09/2026 | 04/10/2026 |
| Expert Disclosure (rebuttal) | 03/23/2026 | 04/24/2026 |
| Expert Discovery Cut-off | 03/30/2026 | 05/01/2026 |

IT IS SO ORDERED.

Dated:

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE