DOUGLAS H. WIGDOR (NY SBN 2609469)
dwigdor@wigdorlaw.com
MEREDITH A. FIRETOG (NY SBN 5298153)
mfiretog@wigdorlaw.com
MONICA HINCKEN (NY SBN 5351804)
mhincken@wigdorlaw.com
KATHERINE VASK (NY SBN 6094635)
kvask@wigdorlaw.com
(All admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel.: (212) 257-6800
Fax.: (212) 257-6845

ROBERT J. GIRARD II (BAR NO. 216949)
rgirard@girardbengali.com
OMAR H. BENGALI (BAR NO. 276055)
obengali@girardbengali.com
**GIRARD BENGALI, APC**
355 S. Grand Street, Suite 2450
Los Angeles, CA 90071
Tel.: (323) 302-8300
Fax.: (323) 302-8310
*Attorneys for Plaintiff Chanaaz Mangroe p/k/a Channii Monroe*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CHANAAZ MANGROE
p/k/a Channii Monroe,

          Plaintiff,

    vs.

TERIUS GESTEELDE-DIAMANT
p/k/a "THE-DREAM"; CONTRA
PARIS, LLC; and EPIC RECORDS,

          Defendants.

Case No.  2:24-CV-04639-SPG-PVC

Honorable Sherilyn Peace Garnett

**JOINT STIPULATION TO EXTEND CASE DEADLINES**

**DECLARATION AND [PROPOSED] ORDER CONCURRENTLY LODGED**

JOINT STIPULATION TO EXTEND CASE DEADLINES

WIGDOR LLP
85 FIFTH AVENUE, FIFTH FLOOR
NEW YORK, NY 10003
(212) 257-6800

**TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff Chanaaz Mangroe p/k/a Channii Monroe ("Plaintiff") and Defendants Terius Gesteelde-Diamant p/k/a "The-Dream" ("Dream") and Contra Paris, LLC (together, "Defendants") (collectively, the "Parties"), through their respective attorneys of record, hereby request that the Court modify the scheduling order (Dkt. No. 105) in accordance with the stipulated schedule set forth herein:

**WHEREAS,** the Parties have previously requested one extension of the pre-trial and trial deadlines in this Action, which the Court granted in part (Dkt. Nos. 93);

**WHEREAS**, the Parties subsequently requested to extend fact discovery and the last day to hear motions, which the Court granted (Dkt. No. 105);

**WHEREAS,** the Parties separately moved to extend expert discovery deadlines (Dkt. Nos. 110, 111);

**WHEREAS**, on March 17, 2026, the Court struck the Parties' cross-motions and ordered the Parties to meet and confer about their proposed extension requests to attempt to reach an agreement (Dkt. No. 115);

**WHEREAS,** pursuant to the Court's Order, the Parties met and conferred on two occasions and worked together in good faith to reach agreement on a proposed schedule;

**WHEREAS**, a forensic psychiatry expert retained by Plaintiff is not able to conduct Plaintiff's IME and prepare a report before May 22, 2026;

**WHEREAS**, Defendants have reluctantly agreed to extend expert discovery along a schedule that accommodates Plaintiff's expert's availability,

1

JOINT STIPULATION TO EXTEND CASE DEADLINES

notwithstanding the fact that it will require moving the trial date, and Plaintiff has reluctantly agreed to a staggered expert disclosure schedule given that Plaintiff bears the burden of proving her damages and emotional distress, notwithstanding the fact that Defendants had never previously requested such staggering;

**WHEREAS,** the Parties believe that an extension of the current deadlines is necessary and desirable to ensure adequate time for the Parties to complete all expert discovery;

**WHEREAS,** for these reasons, the requested extension is sought in good faith and not for purposes of undue delay.

**THE PARTIES HEREBY STIPULATE AND REQUEST THE COURT ENTER AN ORDER** resetting the following deadlines in this Action:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Plaintiff's Initial Expert Disclosures | March 9, 2026 | May 22, 2026 |
| Defendants' Expert Disclosures | March 9, 2026 | June 5, 2026 |
| Rebuttal Expert Disclosures | March 23, 2026 | June 19, 2026 |
| Expert Discovery Cut-off | March 30, 2026 | July 3, 2026 |
| Last Date to Hear Motions | May 13, 2026 | May 13, 2026 |
| Last Date to Hear Daubert Motions | June 10, 2026 | August 5, 2026 |

2

JOINT STIPULATION TO EXTEND CASE DEADLINES

WIGDOR LLP
85 FIIFTH AVENUE, FIFTH FLOOR
NEW YORK, NY 10003
(212) 257-6800

| | | |
|---|---|---|
| Deadline to Complete Settlement Conference | July 1, 2026 | July 1, 2026 |
| Trial Filings (first round) | July 8, 2026 | September 2, 2026 |
| Trial filings (second round) | July 22, 2026 | September 16, 2026 |
| Final pre-trial conference | August 5, 2026 | September 30, 2026 |
| Jury trial | August 25, 2026 | October 20, 2026 |

Accordingly, the Parties respectfully request that the Court issue the attached Proposed Order granting the extension of the briefing schedule described herein.

Dated: March 26, 2026              Respectfully submitted,

**WIGDOR LLP**

By: _Meredith Firetog_

Meredith A. Firetog
Monica Hincken
Katherine Vask

85 Fifth Avenue, Fifth Floor
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mfiretog@wigdorlaw.com
mhincken@wigdorlaw.com
kvask@wigdorlaw.com

*Counsel for Plaintiff Chanaaz Mangroe p/k/a Channii Monroe*

3

JOINT STIPULATION TO EXTEND CASE DEADLINES

WIGDOR LLP
85 FIIFTH AVENUE, FIFTH FLOOR
NEW YORK, NY 10003
(212) 257-6800

Dated: March 25, 2026

**VENABLE LLP**

By:  /s/  *Desirée F. Moore*
Desirée F. Moore
Abram I. Moore
Nelson M. Hua
Kaidyn P. McClure

*Attorneys for Defendants Terius Gesteelde-Diamant p/k/a "The-Dream" and Contra Paris, LLC*

WIGDOR LLP
85 FIIFTH AVENUE, FIFTH FLOOR
NEW YORK, NY 10003
(212) 257-6800

4

JOINT STIPULATION TO EXTEND CASE DEADLINES