**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANAAZ MANGROE p/k/a CHANNII MONROE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TERIUS GESTEELDE-DIAMANT p/k/a "THE-DREAM"; CONTRA PARIS, LLC; and EPIC RECORDS,<br><br>　　　　　Defendants. | Case No. 2:24-CV-04639-SPG-PVC<br><br>**ORDER GRANTING JOINT MOTION TO EXCEED PAGE LIMIT IN THE PARTIES' FORTHCOMING JOINT MOTION FOR SUMMARY JUDGMENT [ECF NO. 117]** |

Before the Court is the parties' Joint Motion to Exceed Page Limits in the Parties' Forthcoming Joint Motion for Summary Judgment. *See* (ECF No. 117 ("Motion")). Having considered the Motion, and finding good cause therefor, the Court GRANTS the Motion and hereby ORDERS that the parties may file a Joint Motion for Summary Judgment brief, with each parties' respective portion not to exceed thirty (30) pages.

**IT IS SO ORDERED.**

DATED: March 31, 2026



HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE