DOUGLAS H. WIGDOR (NY SBN 2609469)
dwigdor@wigdorlaw.com
MEREDITH A. FIRETOG (NY SBN 5298153)
mfiretog@wigdorlaw.com
KATHERINE VASK
kvask@wigdorlaw.com (NY SBN 6094635)
(All admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel.: (212) 257-6800
Fax.: (212) 257-6845

ROBERT J. GIRARD II (BAR NO. 216949)
rgirard@girardbengali.com
OMAR H. BENGALI (BAR NO. 276055)
obengali@girardbengali.com
**GIRARD BENGALI, APC**
355 S. Grand Street, Suite 2450
Los Angeles, CA 90071
Tel.: (323) 302-8300
Fax.: (323) 302-8310
*Attorneys for Plaintiff Chanaaz Mangroe p/k/a Channii Monroe*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANAAZ MANGROE p/k/a Channii Monroe,<br><br>Plaintiff,<br><br>vs.<br><br>TERIUS GESTEELDE-DIAMANT p/k/a "THE-DREAM"; CONTRA PARIS, LLC; and EPIC RECORDS,<br><br>Defendants. | Case No.  2:24-CV-04639-SPG-PVC<br>Hon. Pedro V. Castillo<br><br>**PLAINTIFF'S EX PARTE APPLICATION FOR A PROTECTIVE ORDER TO PRECLUDE NONPARTY DEPOSITION**<br><br>***[Filed Concurrently with Declaration of Meredith A. Firetog and [Proposed] Order]*** |

PLAINTIFF'S EX PARTE APPLICATION FOR A PROTECTIVE ORDER
TO PRECLUDE NONPARTY DEPOSITION

*WIGDOR LLP*
*85 FIIFTH AVENUE, FIFTH FLOOR*
*NEW YORK, NY 10003*
*(212) 257-6800*

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7-19, Plaintiff Chanaaz Mangroe p/k/a Channi Monroe ("Plaintiff") through her attorneys of record, hereby applies ex parte for an order precluding Defendants from deposing nonparty Matthew Greenberg tomorrow, April 9, 2026.

If Plaintiff were to proceed by a regularly noticed motion instead of by ex parte application, this issue would not be resolved until after Mr. Greenberg's deposition.  Good cause exists for Plaintiff's application because, as set forth in the Declaration of Meredith A. Firetog, ("Firetog Decl."), Defendants noticed Mr. Greenberg's deposition after the close of fact discovery and, despite Plaintiff's prompt objection, waited until the day before the noticed deposition date to confirm that they intend to move forward with the deposition.

Pursuant to Local Rule 7-19.1, Plaintiff's counsel gave timely notice of this application to Defendants' counsel: Abram I. Moore, Desirée F. Moore, Nelson M. Hua, and Kaidyn McClure of Venable LLP via e-mail.

Dated: April 8, 2026

Respectfully submitted
**WIGDOR LLP**

By: _____
      Meredith A. Firetog
      Katherine Vask

85 Fifth Avenue, Fifth Floor
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mfiretog@wigdorlaw.com
kvask@wigdorlaw.com

*Counsel for Plaintiff Chanaaz Mangroe p/k/a Channii Monroe*

1

PLAINTIFF'S EX PARTE APPLICATION FOR A PROTECTIVE ORDER
TO PRECLUDE NONPARTY DEPOSITION