**VENABLE LLP**
Desirée F. Moore (admitted *Pro Hac Vice*)
 dmoore@venable.com
Abram I. Moore (admitted *Pro Hac Vice*)
 amoore@venable.com
Nelson M. Hua (admitted *Pro Hac Vice*)
 nmhua@venable.com
227 West Monroe Street, Suite 1900
Chicago, Illinois 60606
Telephone:  312.820.3400
Facsimile:  312.820.3401

**VENABLE LLP**
Kaidyn P. McClure (SBN 352627)
 kpmcclure@venable.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone:  310.229.9900
Facsimile:  310.229.9901

*Attorneys for Defendants Terius Gesteelde-Diamant
p/k/a "The-Dream" and Contra Paris, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANAAZ MANGROE,<br><br>              Plaintiff,<br><br>      v.<br><br>TERIUS GESTEELDE-DIAMANT p/k/a "THE-DREAM"; CONTRA PARIS, LLC; and SONY MUSIC ENTERTAINMENT<br><br>              Defendants. | Case No. 2:24-cv-04639-SPG-PVC<br><br>Hon. Sherilyn Peace Garnett<br>Courtroom 5C<br><br>**NOTICE OF MOTION AND DEFENDANTS CONTRA PARIS, LLC'S AND TERIUS GESTEELDE-DIAMANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:        May 13, 2026<br>Time:       1:30 p.m. |

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

-1-

**PLEASE TAKE NOTICE** that on Wednesday, May 13, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 5C at the First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012, before the Honorable Sherilyn Peace Garnett, Defendants Terius Gesteelde-Diamant p/k/a "The-Dream" ("Diamant") and Contra Paris, LLC ("CPL") (together, "Defendants"), through their counsel, will and hereby respectfully move this Court pursuant to Federal Rule of Civil Procedure 56 and the Court's Standing Order for Motions for Summary Judgment for an Order granting summary judgment in favor of Defendants on all claims brought by Plaintiff Chanaaz Mangroe ("Plaintiff"):

(1) Violation of 18 U.S.C. Section 1591(a) against CPL and Diamant;

(2) Violation of 18 U.S.C. Section 1595(a) against CPL; and

(3) Civil Sexual Assault against Diamant.

Defendants seek summary judgment on the grounds that there is no genuine issue as to any material fact and that Defendants are entitled to summary judgment as a matter of law for the following reasons:

(1) Plaintiff cannot establish a commercial sex act under 18 U.S.C. Section 1591;

(2) Plaintiff cannot establish that Diamant engaged in the requisite knowing trafficking conduct;

(3) CPL cannot be liable under 18 U.S.C. Section 1591(a) on a direct-liability theory;

(4) CPL cannot be liable under 18 U.S.C. Section 1595(a) on a beneficiary-liability theory; and

(5) Plaintiff's civil sexual assault claim is time-barred because Plaintiff cannot prove an enumerated "sexual assault" under California Civil Procedure Section 340.16.

This Motion is based on this Notice of Motion and Motion; Joint Brief

-1-

| | |
|---|---|
| Case No. 2:24-cv-04639-SPG-PVC | NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT |

Regarding Defendants' Motion for Summary Judgment;[1] Joint Appendix of Facts; Joint Appendix of Evidence, including all exhibits attached thereto; Joint Appendix of Objections; and all other papers, materials, and evidence as may be presented prior to or at the hearing on this Motion.

Pursuant to the Court's Standing Order for Motions for Summary Judgment, the parties timely met and conferred by videoconference on March 13, 2026, to discuss each issue to be raised and the law and evidence relevant to each issue.

Dated: April 15, 2026

**VENABLE LLP**

By: */s/ Desirée F. Moore*
Desirée F. Moore
Abram I. Moore
Nelson M. Hua
Kaidyn P. McClure

*Attorneys for Defendants Terius Gesteelde-Diamant p/k/a "The-Dream" and Contra Paris, LLC*

[1]Given a present dispute between the parties as to the confidentiality of certain evidentiary support, the parties have filed the Joint Summary Judgment Brief and accompanying papers in connection with an application for leave to file under seal.

-2-