VENABLE LLP
Desirée F. Moore (admitted *Pro Hac Vice*)
  dmoore@venable.com
Abram I. Moore (admitted *Pro Hac Vice*)
  amoore@venable.com
Nelson M. Hua (admitted *Pro Hac Vice*)
  nmhua@venable.com
227 West Monroe Street, Suite 1900
Chicago, Illinois 60606
Telephone:   312.820.3400
Facsimile:   312.820.3401


VENABLE LLP
Nicole N. King (SBN 290204)
  nnking@venable.com
Kaidyn P. McClure (SBN 352627)
  kpmcclure@venable.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone:   310.229.9900
Facsimile:   310.229.9901

*Attorneys for Defendants Terius Gesteelde-Diamant
p/k/a "The-Dream" and Contra Paris, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANAAZ MANGROE,<br><br>             Plaintiff,<br><br>      v.<br><br>TERIUS GESTEELDE-DIAMANT p/k/a "THE-DREAM"; CONTRA PARIS, LLC; and SONY MUSIC ENTERTAINMENT,<br><br>             Defendants. | Case No. 2:24-cv-04639-SPG-PVC<br><br>Hon. Sherilyn Peace Garnett Courtroom 5C<br><br>**JOINT STIPULATION TO MODIFY DEADLINE FOR DEFENDANTS' INITIAL EXPERT DISCLOSURE OF DR. MICHELLE VORWERK AND REBUTTAL DEADLINE**<br><br>*[Filed Concurrently with [Proposed] Order]*<br><br>Action Filed: June 4, 2024<br>Trial Date:    October 20, 2026 |

2:24-cv-04639-SPG-PVC

JOINT STIPULATION FOR LIMITED MODIFICATION OF EXPERT DISCLOSURE AND REBUTTAL DEADLINES

**TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and the Court's Civil Pretrial Schedule and Trial Order and procedures, Defendants Terius Gesteelde-Diamant a/k/a "The-Dream" ("Mr. Gesteelde-Diamant") and Contra Paris, LLC ("Contra Paris") (together, "Defendants"), and Plaintiff Chanaaz Mangroe ("Ms. Mangroe") (collectively, the "Parties"), through their respective attorneys of record, hereby stipulate as follows:

**WHEREAS,** under the Court's current scheduling order (ECF 118), Plaintiff's initial expert disclosures were due May 22, 2026, Defendants' initial expert disclosures are due June 5, 2026, and rebuttal expert disclosures are due June 19, 2026;

**WHEREAS,** Plaintiff served the report of Dr. Dawn Hughes on May 22, 2026. The test results and interview notes underlying Dr. Hughes's opinions were subsequently produced on May 30, 2026;

**WHEREAS,** the Parties agree to an extension of the deadline for Defendants' disclosure of Dr. Michelle Vorwerk in order for her to complete a Rule 26(a)(2)(B) report;

**WHEREAS,** Defendants contend that good cause exists for a limited extension of Dr. Vorwerk's disclosure deadline, as Dr. Vorwerk informed Defendants that the production of Dr. Hughes's data and notes eight (8) days after she expected to receive it disrupted her planned workflow, that she intended to review and analyze Dr. Hughes' data and notes in advance of her IME of Plaintiff in order to inform the IME but the information was not available and that she must now analyze that information after the IME while preparing her own report and therefore cannot reasonably complete a report before June 5, 2026 (*See* Declaration of Dr. Vorwerk attached as Exhibit A);

**WHEREAS,** Plaintiff contends that good cause exists for a limited extension

2                                                  2:24-cv-04639-SPG-PVC

JOINT STIPULATION FOR LIMITED MODIFICATION OF EXPERT DISCLOSURE AND REBUTTAL DEADLINES

of Dr. Vorwerk's disclosure deadline, as Plaintiff seeks to avoid further motion practice on the timing of Dr. Hughes's disclosures;

**WHEREAS,** the Parties agree to reasonably extend Plaintiff's deadline to submit a rebuttal of Dr. Vorwerk's disclosure, and Defendants' deadline to depose any Plaintiff expert, including Dr. Hughes, who submits a rebuttal to Dr. Vorwerk's report;

**WHEREAS,** all other experts remain bound by the existing deadlines;

**WHEREAS,** the Parties have previously requested two extensions of the pre-trial and trial deadlines in this Action, which the Court granted (ECF 93, 118);

**WHEREAS,** the Parties have previously requested to extend fact discovery and the last day to hear motions, which the Court granted (ECF 105); and

**WHEREAS,** for these reasons, the requested extension is sought in good faith and not for purposes of undue delay.

**THE PARTIES HEREBY STIPULATE AND REQUEST THE COURT ENTER AN ORDER** as follows:

1.    Defendants' deadline to serve the initial expert disclosure and report of Dr. Michelle Vorwerk shall be extended from June 5, 2026, to June 15, 2026.

2.    Plaintiff's deadline for rebuttal of Dr. Michelle Vorwerk's report shall be extended from June 19, 2026, to June 26, 2026.

3.    The deadline for deposition of any Plaintiff expert who submits a rebuttal to Dr. Michelle Vorwerk's report shall be July 17, 2026. If Dr. Dawn Hughes submits a rebuttal report, Defendants may re-depose her on the rebuttal report by July 17, 2026.

3.    In consideration of the foregoing extension, Defendants waive any argument that Dr. Dawn Hughes's initial expert disclosures served or produced to date, including the May 30, 2026 production of test results and interview notes, were untimely.

JOINT STIPULATION FOR LIMITED MODIFICATION OF EXPERT DISCLOSURE AND REBUTTAL DEADLINES

4. Defendants' waiver is limited solely to timeliness objections concerning Dr. Dawn Hughes's initial expert disclosures served or produced to date. Defendants do not waive any other objection, argument, motion, or challenge concerning Dr. Dawn Hughes's opinions, testimony, report, disclosures, methodology, foundation, reliability, admissibility, scope, or completeness, nor do Defendants waive objections to any future expert disclosure, supplemental disclosure, new opinion, or new report.

Accordingly, the Parties respectfully request that the Court issue the attached Proposed Order granting the limited extension of the disclosure schedule and terms described herein.

Dated: June 4, 2026

**VENABLE LLP**

By: */s/ Desirée F. Moore*
Desirée F. Moore
Abram I. Moore
Nelson M. Hua
Nicole N. King
Kaidyn P. McClure

*Attorneys for Defendants Terius Gesteelde-Diamant p/k/a "The-Dream" and Contra Paris, LLC*

4  2:24-cv-04639-SPG-PVC

JOINT STIPULATION FOR LIMITED MODIFICATION OF EXPERT DISCLOSURE AND REBUTTAL DEADLINES

Dated: June 4, 2026                    **WIGDOR LLP**

By: _/s/ Meredith A. Firetog_
Meredith A. Firetog
Katherine Vask

85 Fifth Avenue, Fifth Floor
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mfiretog@wigdorlaw.com
kvask@wigdorlaw.com

*Attorneys for Plaintiff Chanaaz Mangroe*

JOINT STIPULATION FOR LIMITED MODIFICATION OF EXPERT DISCLOSURE AND REBUTTAL DEADLINES