**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANAAZ MANGROE,<br><br>        Plaintiff,<br><br>    v.<br><br>TERIUS GESTEELDE-DIAMANT P/K/A "THE-DREAM"; CONTRA PARIS, LLC; AND SONY MUSIC ENTERTAINMENT,<br><br>        Defendants. | Case No. 2:24-cv-04639-SPG-PVC<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY DEADLINE FOR DEFENDANTS' INITIAL EXPERT DISCLOSURE OF DR. MICHELLE VORWERK AND REBUTTAL DEADLINE [ECF NO. 138]** |

Before the Court is the Joint Stipulation to Modify Deadline for Defendants' Initial Expert Disclosure of Dr. Michelle Vorwerk and Rebuttal Deadline.  *See* (ECF No. 138 ("Stipulation")).  Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS that:

1.     Defendants' deadline to serve the initial expert disclosure and report of Dr. Michelle Vorwerk shall be extended from June 5, 2026, to June 15, 2026.

2.     Plaintiff's deadline for rebuttal of Dr. Michelle Vorwerk's report shall be extended from June 19, 2026, to June 26, 2026

3.     The deadline for deposition of any Plaintiff expert who submits a rebuttal to Dr. Michelle Vorwerk's report shall be July 17, 2026. If Dr. Dawn Hughes

submits a rebuttal report, Defendants may re-depose her on the rebuttal report by July 17, 2026.

4.    In consideration of the foregoing extension, Defendants waive any argument that Dr. Dawn Hughes's initial expert disclosures served or produced to date, including the May 30, 2026 production of test results and interview notes, were untimely.

5.    Defendants' waiver is limited solely to timeliness objections concerning Dr. Dawn Hughes's initial expert disclosures served or produced to date.  Defendants do not waive any other objection, argument, motion, or challenge concerning Dr. Dawn Hughes's opinions, testimony, report, disclosures, methodology, foundation, reliability, admissibility, scope, or completeness, nor do Defendants waive objections to any future expert disclosure, supplemental disclosure, new opinion, or new report.

**IT IS SO ORDERED.**

DATED: June 5, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

- 2 -