**VENABLE LLP**
Desirée F. Moore (admitted Pro Hac Vice)
  dmoore@venable.com
Abram I. Moore (admitted *Pro Hac Vice*)
  *amoore@venable.com*
Nelson M. Hua (admitted *Pro Hac Vice*)
  *nmhua@venable.com*
227 West Monroe Street, Suite 1900
Chicago, Illinois 60606
Telephone:   312.820.3400
Facsimile:   312.820.3401

**VENABLE LLP**
Nicole N. King (SBN 290204)
  *nnking@venable.com*
Kaidyn P. McClure (SBN 352627)
  *kpmcclure@venable.com*
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone:   310.229.9900
Facsimile:   310.229.9901

Attorneys for *Defendants Terius Gesteelde-Diamant p/k/a "The-Dream" and Contra Paris, LLC*

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANAAZ MANGROE,<br><br>                Plaintiff,<br><br>v.<br><br>TERIUS GESTEELDE-DIAMANT p/k/a "THE-DREAM"; CONTRA PARIS, LLC; and SONY MUSIC ENTERTAINMENT<br><br>                Defendants. | Case No. 2:24-cv-04639-SPG-PVC<br><br>Hon. Sherilyn Peace Garnett<br>Courtroom 5C<br>Hon. Pedro V. Castillo<br><br>**DISCOVERY MATTER**<br>**JOINT STIPULATION FOR ENTRY OF STIPULATED SUPPLEMENTAL PROTECTIVE ORDER GOVERNING PSYCHOLOGICAL TEST DATA AND TEST MATERIALS** |

Plaintiff Chanaaz Mangroe and Defendants Terius Gesteelde-Diamant p/k/a "The-Dream," and Contra Paris, LLC, by and through their respective counsel of record, jointly stipulate as follows:

1.      The Court entered a Stipulated Protective Order on June 5, 2025. Dkt. 65.

2.      The parties have agreed to the Stipulated and Agreed Supplemental Protective Order Governing Psychological Test Data and Test Materials of Dr. Michelle L. Vorwerk (the "Supplemental Protective Order"), submitted concurrently with this Joint Stipulation.

3.      Good cause exists to enter the Supplemental Protective Order under Federal Rule of Civil Procedure 26(c). The Supplemental Protective Order will permit prompt production and use of psychological test data and test materials in expert discovery while protecting Plaintiff's privacy, the integrity and security of psychological testing instruments, and proprietary or copyrighted testing materials.

4.      The parties respectfully request that the Court enter the Supplemental Protective Order as soon as practicable.

5.      Upon entry of the Supplemental Protective Order, Covered Testing Materials, as defined in that Order, may be produced and used in accordance with its terms.

6.      This Joint Stipulation seeks only entry of the Supplemental Protective Order. It does not request to modify, extend, or waive any expert-discovery deadline, deposition deadline, Daubert deadline, pretrial deadline, trial date, or other case schedule.

IT IS SO STIPULATED.

///

///

///

///

Case No. 2:24-cv-04639-SPG-PVC

JOINT STIPULATION FOR ENTRY OF
SUPPLEMENTAL PROTECTIVE ORDER

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

Dated: June 29, 2026

**WIGDOR LLP /
GIRARD BENGALI, APC**

By:    /s/   *Meredith A. Firetog*
Meredith A. Firetog

*Attorneys for Plaintiff
Chanaaz Mangroe*

Dated: June 29, 2026

**VENABLE LLP**

By:    /s/   *Desirée F. Moore*
Desirée F. Moore

*Attorneys for Defendants
Terius Gesteelde-Diamant and
Contra Paris, LLC*

Case No. 2:24-cv-04639-SPG-PVC

JOINT STIPULATION FOR ENTRY OF
SUPPLEMENTAL PROTECTIVE ORDER

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that Meredith A. Firetog, counsel for Plaintiff Chanaaz Mangroe, concurs in the content of this filing and has authorized this filing.

Dated: June 29, 2026                    **VENABLE LLP**

By:   /s/   *Desirée F. Moore*
            Desirée F. Moore

*Attorneys for Defendants*
*Terius Gesteelde-Diamant and*
*Contra Paris, LLC*

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

-3-