UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 24-04639-SPG-PVC | Date: | July 8, 2026 |
|---|---|---|---|

Title:    Chanaaz Mangroe v. Terius Gesteelde-Diamant et al

Present: The Honorable    **SHERILYN PEACE GARNETT, United States District Judge**

| Patricia Gomez | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Meredith Firetog | Kaidyn McClure |
| | Abram Moore – Via Zoom |

**Proceedings:**      EX PARTE APPLICATION [148]

         The Court expresses concern regarding excessive ex parte applications filed by the parties. The parties are reminded that failure to comply with the Court's Standing Orders, Local Rules and Federal Rules of Civil Procedure may result in sanctions. For reasons stated on the record, the Court issues a temporary stay vacating the current deadlines. Upon the Court ruling on Defendant's Motion for Summary Judgment the parties shall meet, confer and file a joint stipulation proposing new deadlines within fourteen (14) days of the Court order.